| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | FILED | CLEAR FORM |
|---|---|---|
| ZHOIE PEREZ<br>14926 TEMPLAR DRIVE<br>LA MIRADA CA 90638<br>657-239-6005 | 2022 NOV 10 PM 2:09<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST OF CALIF.<br>LOS ANGELES<br>BY: | |
| ATTORNEY(S) FOR: | | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ZHOIE PEREZ<br><br>            v.<br>City of Los Angeles, Officer Rios, Officer Walker, Claude Jabsi, John Doe 1-5 | Plaintiff(s),<br><br><br>Defendant(s) | CASE NUMBER:<br>CV22-8227-SVW (AS)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ PLAINTIFF _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ZHOIE PEREZ | PLAINTIFF |
| CITY OF LOS ANGELES | DEFENDANT |
| OFFICER RIOS | DEFENDANT |
| OFFICER WALKER | DEFENDANT |
| CLAUD JABSI | DEFENDANT |
| JOHN DOE | DEFENDANT |
| JOHN DOE | DEFENDANT |
| JOHN DOE | DEFENDANT |
| JOHN DOE | DEFENDANT |
| JOHN DOE | DEFENDANT |

11-02-2022
Date

Signature

Attorney of record for (or name of party appearing in pro per):