CLAUDE JABSI, DEFENDANT IN PRO PER
8501 PERSHING DRIVE, UNT #4
PLAYA DEL REY, CA 90293
(323) 630-6303

CLAUDE JABSI, DEFENDANT IN PRO PER

FILED
2022 DEC -2 AM 11: 57
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: EEE

# UNITED STATEDS DISTRICT COURT
## for the
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHOIE PEREZ<br><br>*Plaintiff(s)*,<br><br>vs.<br><br>CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI, JOHN DOE<br><br>*Defendant(s)* | **CASE NUMBER**: CV22-8227-SVW (AS)<br><br>**DEFENDANT, CLAUDE JABSI'S ANSWER TO PLAINTIFF'S COMPLAINT** |

**1. Responses to the Claims in the Complaint**

The first paragraph of this Answer denies everything that is not specifically admitted.

    A.    Defendant denies each and every allegation in the Complaint except those specifically admitted in this Answer.

    B.    Defendant admits the allegations in the following paragraphs:

        1)    JURISDICTION AND VENUE: paragraphs 5 and 6.

    C.    Defendant admits only parts of the paragraph below and denies or does not know enough to say whether the rest of the paragraph is true.

        1)    GENERAL ALLEGATIONS: Paragraph 11: I admit only that LAPD Officers show up and put Plaintiff in and in the back of their patrol vehicle.

---

1
DEFENDANT, CLAUDE JABSI'S ANSWER TO PLAINTIFF'S COMPLAINT

2. Affirmative Defenses

**FIRST AFFIRMATIVE DEFENSE**

**[Failure To State A Cause of Action]**

Defendant, CLAUDE JABSI, is informed and believes and thereon alleges that each and every cause of action in the complaint on file fails to state facts sufficient to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

**[Laches]**

Defendant, CLAUDE JABSI, is informed and believes and thereon alleges that this action is barred by laches as Plaintiff unreasonably delayed in the bringing of this action and thereby prejudiced the rights of Defendant, CLAUDE JABSI.

**THIRD AFFIRMATIVE DEFENSE**

**[Waiver]**

Defendant, CLAUDE JABSI, is informed and believes and thereon alleges that, as a result of the acts, conduct and omissions of Plaintiff, each and every cause of action of the Complaint has been waived.

**FOURTH AFFIRMATIVE DEFENSE**

**[Failure To Mitigate]**

Defendant, CLAUDE JABSI, is informed and believes and thereon alleges that if Plaintiff suffered or sustained any loss, damage or injury as alleged in the Complaint, Plaintiff failed to mitigate said damages, and Plaintiff's recovery herein is barred or limited to the extent of any such failure to mitigate damages.

**FIFTH AFFIRMATIVE DEFENSE**

**[Undue Delay]**

Defendant, CLAUDE JABSI, is informed and believes and thereon alleges that Plaintiff has, contrary to its legal obligation under state and federal law, failed to take effective and reasonable action to abate the alleged claims.

**DEMAND FOR RELIEF**

WHEREFORE, Defendant demands:

1) That Plaintiff takes nothing from Defendant, CLAUDE JABSI, by virtue of its Complaint;

2) That the Court enter judgment dismissing the Complaint;

3) That Defendant be awarded costs incurred;

4) That Defendant be awarded such other and further relief as the Court may deem just.

Respectfully submitted,

Date: November 30, 2022          _____
                                  CLAUDE JABSI, DEFENDANT IN PRO PER

## CERTIFICATE OF SERVICE / MAILING

1. CASE NAME: ZHOIE PEREZ v. CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI, JOHN DOE

2. CASE NUMBER: CV22-8227-SVW (AS)

3. DOCUMENT SERVED: DEFENDANT, CLAUDE JABSI'S ANSWER TO PLAINTIFF'S COMPLAINT; and CERTIFICATION AND NOTICE OF INTERESTED PARTIES

4. XXX  PLACED IN U.S. FIRST CLASS MAIL

5. MAILED TO: ZHOIE PEREZ, 14926 TEMPLAR DRIVE, LA MIRADA, CA 90638

6. DATE MAILED: NOVEMBER 30, 2022

7. PERSON MAILED: MONA IBRAHIM, 226 E. REGENT STREET, INGLEWOOD, CA 90301

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: NOVEMEBR 30, 2022

*[signature]*
FREDA DUREN
226 E. REGENT STREET
INGLEWOOD, CA 90301

**PROOF OF SERVICE**
Case Number:  CV22-8227-SVW (AS)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES,

I reside in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.

On November 30, 2022, the foregoing document described as:

**DEFENDANT, CLAUDE JABSI'S ANSWER TO PLAINTIFF'S COMPLAINT; and CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

was served on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

XXX    BY MAIL

ZHOIE  PEREZ
14926 TEMPLAR DRIVE

LA MIRADA, CA 90638

XXX    *I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

XXX    STATE I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 30, 2022 at Los Angeles, California.

FREDA DUREN