NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
CLAUDE JABSI, DEFENDANT IN PRO PER
8501 PERSHING DRIVE, UNIT #4
PLAYA DEL REY, CA 90293
(323) 630-6303

FILED
2022 DEC -2  AM 11: 57
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: EEE

ATTORNEY(S) FOR: CLAUDE JABSI, DEFENDANT IN PRO PER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ZHOIE PEREZ | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV22-8227-SVW (AS) |
| v. | |
| CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI, JOHN DOE | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____CLAUDE JABSI, DEFENDANT IN PRO PER_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| CLAUDE JABSI | DEFENDANT |
| CITY OF LOS ANGELES | DEFENDANT |
| OFFICER RIOS | DEFENDANT |
| OFFICER WALKER | DEFENDANT |
| JOHN DOE | DEFENDANT |
| ZHOIE PEREZ | PLAINITFF |

11/30/2022
Date

Signature

Attorney of record for (or name of party appearing in pro per):

CLAUDE JABSI, DEFENDANT IN PRO PER

CV-30 (05/13)                           NOTICE OF INTERESTED PARTIES