
MICHAEL N. FEUER, City Attorney
SCOTT MARCUS, Chief Assistant City Attorney –SBN 184980
CORY M. BRENTE, Senior Assistant City Attorney – SBN 115453
EMILY S. COHEN, Deputy City Attorney – SBN 285709
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 645-9926
Fax No.:   (213) 978-8785
Email: emily.s.cohen@lacity.org

Attorneys for Defendants CITY OF LOS ANGELES, CHRISTOPHER WALKER, and EDUARDO RIOS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ZHOIE PEREZ,<br><br>   Plaintiff,<br><br> v.<br><br>CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI, JOHN DOE<br><br>   Defendants. | CASE NO. CV22-08227-SVW(ASx)<br>*Hon. Stephen V. Wilson, Ctrm 10A, 10th Fl.*<br>*Mag. Alka Sagar, Ctrm 540, 5th Fl.*<br><br>**DEFENDANTS CITY OF LOS ANGELES, CHRISTOPHER WALKER, AND EDUARDO RIOS' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** |
|---|---|

  COMES NOW DEFENDANTS, **CITY OF LOS ANGELES, CHRISTOPHER WALKER**, and **EDUARDO RIOS'** answer Plaintiff's Complaint in the above-entitled action, for themselves alone and for no other party, hereby admit, deny, and allege as follows:

  1. Answering Paragraph 1, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

  2. Answering Paragraph 2, Defendants lack sufficient information and belief

upon which to answer the allegations contained therein, and on that basis denies the allegations.

3. Answering Paragraph 3, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

4. Answering Paragraph 4, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## JURISDICTION AND VENUE

5. Answering paragraph 5, Defendants admit the allegations contained therein.

6. Answering paragraph 6, Defendants admit the allegations contained therein.

## GENERAL ALLEGATIONS

7. Answering paragraph 7, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

8. Answering paragraph 8, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

9. Answering paragraph 9, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

10. Answering paragraph 10, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

11. Answering Paragraph 11, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

12. Answering paragraph 12, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

13. Answering paragraph 13, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

14. Answering paragraph 14, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

15. Answering paragraph 15, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

16. Answering paragraph 16, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

17. Answering paragraph 17, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

**FIRST CAUSE OF ACTION FOR VIOLATION OF THE RALPH CIVIL RIGHTS ACT**

**(BY PLAINTIFF AGAINST ALL DEFENDANTS)**

18. Answering paragraph 18, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

19. Answering paragraph 19, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

20. Answering paragraph 20, Defendants lack sufficient information and belief

upon which to answer the allegations contained therein, and on that basis deny the allegations.

21. Answering paragraph 21, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

22. Answering paragraph 22, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

23. Answering paragraph 23, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

24. Answering paragraph 24, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

**SECOND CAUSE OF ACTION FOR VIOLA TIO NS OF THE BANE CIVIL RIGHTS ACT**

**(BY PLAINTIFF AGAINST ALL DEFENDANTS)**

25. Answering paragraph 25, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

26. Answering paragraph 26, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

27. Answering paragraph 27, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

28. Answering paragraph 28, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the

allegations.

29. Answering paragraph 29, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

30. Answering paragraph 30, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

31. Answering paragraph 31, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

32. Answering paragraph 32, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

### THIRD CAUSE OF ACTION FOR FALSE IMPRISONMENT
### (BY PLAINTIFF AGAINST ALL DEFENDANTS)

33. Answering paragraph 33, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

34. Answering paragraph 34, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

35. Answering paragraph 35, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

### FOURTH CAUSE OF ACTION FOR FIRST AMENDMENT VIOLATION
### 42 U.S.C. 1983
### (BY PLAINTIFF AGAINST ALL DEFENDANTS)

36. Answering paragraphs 36, Defendants lack sufficient information and belief

upon which to answer the allegations contained therein, and on that basis deny the allegations.

## FIFTH CAUSE OF ACTION FOR ILLEGAL SIEZURE
## 42 U.S.C. 1983
## (BY PLAINTIFF AGAINST CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER)

37. Answering paragraph 37, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## SIXTH CAUSE OF ACTION FOR FOURTH AMENDMENT VIOLATION
## UNLAWFUL SEARCH AND SIEZURE
## 42 U.S.C. 1983
## (BY PLAINTIFF AGAINST CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER)

38. Answering paragraph 38, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendants allege each of the following:

### FIRST AFFIRMATIVE DEFENSE

The claims are barred by the statute of limitations set forth in California Code of Civil Procedure ' 340(3) and Government Code §945.6.

### SECOND AFFIRMATIVE DEFENSE

The state claims are barred for plaintiff's failure to comply with the provisions of the California Tort Claims Act, Government Code ' 910 et seq.

### THIRD AFFIRMATIVE DEFENSE

As to the federal claims and theories of recovery, the answering defendants are

protected from liability under the doctrine of qualified immunity, because defendant's conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

### FORTH AFFIRMATIVE DEFENSE

Defendant City of Los Angeles and all defendants sued in their official capacities are immune from the imposition of punitive damages.

### FIFTH AFFIRMATIVE DEFENSE

Defendant City of Los Angeles and all defendants sued in their official capacities are immune from the imposition of punitive damages.

### SIXTH AFFIRMATIVE DEFENSE

Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

Government Code §§ 815.2; 818

Penal Code §§ 836.5 and 847.

Defendants hereby reserve the right to amend this Answer in accordance with the Federal Rules of Civil Procedure.

### PRAYER FOR RELIEF

W H E R E F O R E, Defendants **CITY OF LOS ANGELES, CHRISTOPHER WALKER**, and **EDUARDO RIOS** pray for judgment as follows:

1. That Plaintiff take nothing by this action and his requests for relief be denied;
2. That the action be dismissed;
3. That Defendants be awarded costs of suit;
4. That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

//

//

1 //

## DEMAND FOR JURY TRIAL

Defendants **CITY OF LOS ANGELES, CHRISTOPHER WALKER,** and **EDUARDO RIOS** demand and request a trial by jury in this matter.

Dated: December 5, 2022  **MICHAEL N. FEUER,** City Attorney
**SCOTT MARCUS,** Chief Assistant City Attorney
**CORY M. BRENTE,** Senior Assistant City Attorney

By: _____*Emily S. Cohen*_____
**EMILY S. COHEN,** Deputy City Attorney
Attorneys for Defendants **CITY OF LOS ANGELES, CHRISTOPHER WALKER,** and **EDUARDO RIOS**

## PROOF OF SERVICE

I, Ingrid Farino, declare as follows:

At the time of service I was over 18 years of age and not a party to this action. My business address is 200 N. Main Street, 6th Floor, City Hall East, Los Angeles, California 90012, which is in the County, City and State where this mailing occurred.

On December 5, 2022, I served the document(s) described as: **DEFENDANTS CITY OF LOS ANGELES, CHRISTOPHER WALKER, AND EDUARDO RIOS' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** on all interested parties in this action:

Zhoie Perez
14926 Templar Drive
La Mirada, CA 90638
Tel: 657-239-6005
PLAINTIFF IN PRO SE

I served a true copy of the document(s) above by:

[X] **U.S. MAIL.** By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above and placing each for collection and mailing on that date following ordinary business practices. I am "readily familiar" with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Los Angeles, California, in a sealed envelope with postage fully prepaid.

[X] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on December 5, 2022, at Los Angeles, California.

INGRID FARINO

9