**MICHAEL N. FEUER,** City Attorney
**SCOTT MARCUS,** Chief Assistant City Attorney –SBN 184980
**CORY M. BRENTE,** Senior Assistant City Attorney – SBN 115453
**EMILY S. COHEN,** Deputy City Attorney – SBN 285709
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 645-9926
Fax No.:    (213) 978-8785
Email: emily.s.cohen@lacity.org

Attorneys for Defendants **CITY OF LOS ANGELES, CHRISTOPHER WALKER,** and **EDUARDO RIOS**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHOIE PEREZ,<br><br>                  Plaintiff,<br><br>         v.<br><br>CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI, JOHN DOE<br><br>                  Defendants. | CASE NO.  CV22-08227-SVW(ASx)<br>*Hon. Stephen V. Wilson, Ctrm 10A, 10th Fl.*<br>*Mag. Alka Sagar, Ctrm 540, 5th Fl.*<br><br>**DEFENDANTS CITY OF LOS ANGELES, CHRISTOPHER WALKER, AND EDUARDO RIOS' CERTIFICATE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Defendants **CITY OF LOS ANGELES, CHRISTOPHER WALKER,** and **EDUARDO RIOS** certifies the following listed parties have a direct, pecuniary interest in the outcome of the case:

1.   ZHOIE PEREZ, Plaintiff

2.   CITY OF LOS ANGELES, Defendant

3.   OFFICER RIOS, Defendant

4.   OFFICER WALKER, Defendant

1          5.      Claude Jabsi, Defendant

2                  These representations are made to enable the court to evaluate disqualification

3     or recusal.

4

5

6     Dated: December 5, 2022    **MICHAEL N.  FEUER,** City Attorney
                                 **SCOTT MARCUS,** Chief Assistant City Attorney
7                                **CORY M. BRENTE,** Senior Assistant City Attorney

8                                By: _____*Emily S. Cohen*_____

9                                      **EMILY S. COHEN,** Deputy City Attorney
                                 Attorneys for Defendants **CITY OF LOS ANGELES,**
10                               **CHRISTOPHER WALKER,** and **EDUARDO RIOS**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I, Ingrid Farino, declare as follows:

At the time of service I was over 18 years of age and not a party to this action. My business address is 200 N. Main Street, 6th Floor, City Hall East, Los Angeles, California 90012, which is in the County, City and State where this mailing occurred.

On December 5, 2022, I served the document(s) described as: **DEFENDANTS CITY OF LOS ANGELES, CHRISTOPHER WALKER, AND EDUARDO RIOS' CERTIFICATE OF INTERESTED PARTIES** on all interested parties in this action:

Zhoie Perez
14926 Templar Drive
La Mirada, CA 90638
Tel: 657-239-6005
PLAINTIFF IN PRO SE

I served a true copy of the document(s) above by:

[**X**]  **U.S. MAIL.** By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above and placing each for collection and mailing on that date following ordinary business practices. I am "readily familiar" with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Los Angeles, California, in a sealed envelope with postage fully prepaid.

[**X**]  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[**X**]  I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on December 5, 2022, at Los Angeles, California.


INGRID FARINO

3