Case- CV22-8827

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

FILED

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

2022 DEC -1 PM 1:49
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: EEE

This summons for *(name of individual and title, if any)* City of Los Angeles

was received by me on *(date)* 11/13/2022

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Mrs. Cortez, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 11-15-2022

*Steve Rivera*
Server's signature

Steve Rivera
Printed name and title

10505 Everest St. Norwalk CA. 90650
Server's address

Additional information regarding attempted service, etc: