AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED
2022 DEC -1 PM 1:49
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: EEE

This summons for *(name of individual and title, if any)* OFFICER WALKER
was received by me on *(date)* 11/13/2022.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* SARGENT JORDAN (BADGE 25974), who is designated by law to accept service of process on behalf of *(name of organization)* LOS ANGELES POLICE DEPARTMENT
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 11/13/2022

*Server's signature*

Steve Rivera
*Printed name and title*

10505 Everest St. Norwalk
*Server's address*

Additional information regarding attempted service, etc: