# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zhoie Perez, | CASE NUMBER: |
| PLAINTIFF(S) | CV22-08227-SVW (AS) |
| v. | |
| City of Los Angeles, et al. | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| DEFENDANT(S). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

| December 1, 2022 | 10, 11, 12 & 13 | Proof of Service |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**DOCKETING AND FORMATTING ERRORS:**

- [ ] Local Rule 11-3.8 title page is missing, incomplete, or incorrect
- [ ] Document lacks required signature
- [ ] Document linked incorrectly to the wrong document/docket entry
- [ ] Document submitted in the wrong case
- [ ] Incorrect document is attached to the docket entry
- [ ] Incorrect event selected. Correct event to be used is _____
- [ ] Proposed document was not submitted or was not submitted as a separate attachment
- [ ] Other: _____

**MOTION-RELATED ERRORS:**

- [ ] Local Rule 7-3 compliance statement missing
- [ ] Local Rules 7-9, 7-10 opposition or reply papers untimely
- [ ] Hearing information is missing, incorrect, or untimely
- [ ] Local Rule 11-6 Memorandum exceeds 25 pages
- [ ] Other: _____

**OTHER ERRORS:**

- [ ] Local Rule 83-2.5 no letters to the Judge
- [ ] Fed. R. Civ. P. 5 no proof of service attached
- [ ] Local Rule 7-1.1 no notice of interested parties
- [✓] Other: Proof of services lack name and address of party presenting the document. Refer to L.R. 11-3.8

Documents must have case name and number.

**Note:** **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

| | |
|---|---|
| Dated: December 8, 2022 | By: / s / Alma Felix (213) 894-1587 |
| | Deputy Clerk |

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**