FILED

ZHOIE PEREZ
14926 TEMPLAR DRIVE
LA MIRADA, CA 90638
Phone: (657)-239-6005
Plaintiff, *In Pro Per*

2023 JAN -5 AM 10: 57

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHOIE PEREZ, | CV22-8227-SVW(AS) |
| Plaintiff | PLAINTIFF ZHOIE PEREZ' REQUEST FOR PRODUCTION OF DOCUMENTS FEDERAL RULES OF CIVIL PROCEDURE RULE 34 |
| v. | |
| CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI, JOHN DOE, | |
| Defendants. | |

  Pursuant to Federal Rules of Civil Procedure Rule 34., Plaintiff ZHOIE PEREZ ("PEREZ") hereby requests that defendant CLAUDE JABSI ("JABSI") respond within thirty days or otherwise allowed to the following request for production of documents in the manner prescribed by the Federal Rules of Civil Procedure.

  JABSI may mail the documents to PEREZ at 14926 Templar Drive, La Mirada, CA 90638 or otherwise make arrangements for delivery.

  Response must be under oath and must address each requested item separately. Failure to serve a timely response acts as a waiver of any and all objections to this demand including those based on privilege and work product.

  In responding to requests, you are required to use all information which is known or available to you, including, but not limited to, information known of your own personal knowledge, information obtainable by a diligent search of sources of information available to you, and all information in the possession or available to any person or persons acting on your behalf or under your control or under the control of your attorneys, agents, servants or representatives.

1

## TABLE OF DEFINITIONS

PEREZ provides the following definitions for the purpose of clarifying the meaning of various words and phrases contained herein in order to assist JABSI to understand the objectives of this discovery and to locate and furnish the information and materials responsive to these discovery requests.

1. The terms "YOU", "YOUR" and "YOU OR ANYONE ACTING ON YOUR BEHALF" refer to JABSI responding herein, JABSI's assignors, predecessors, successors in interest, associated corporations and other organizations, agents, employees, attorneys, accountants, investigators, insurance companies, their agents, employees, and other persons acting on JABSI's behalf or otherwise subject to its direction or control.

2. Unless the context otherwise indicates the term "INCIDENT" refers to the circumstances alleged in PEREZ's complaint.

3. The terms "PLAINTIFF" or "PEREZ" means and refers to Plaintiff ZHOIE PEREZ, PEREZ's predecessors, successors in interest, associated corporations and other organizations, insurers, attorneys and agents.

4. The term "ALL" means each and every described item which can be located by: (a) inquiry of those persons subject to control by YOU who may reasonably be expected to have information or knowledge pertaining to the described items; and (b) a complete search of those files and records of plaintiff, its attorneys, investigators or agents where the described items may reasonably be expected to be found or filed.

5. The terms "WRITINGS" and "DOCUMENTS" refer to and include any kind of written, typewritten, printed, recorded, or electronic material or communication whatsoever, and all other writings as that term is defined in Evidence Code Section 250, including without limitation, notes, agreements, contracts, correspondence, communications, e-mails, computer files, memos, transcripts of recordings, memoranda of any telephone conversation or face-to-face oral meetings or conversations, relating to or pertaining in any way to the subject matter to which this notice refers,

and includes, without limitation, originals, all file copies, and all drafts prepared in connection with such documents.

It is further intended to refer to any medium by which information is recorded, including papers of any kind or character, information is utilized, stored, analyzed or generated by computers. The word documents is used herein its broadest sense and includes any original, reproduction or copy of any kind, typed, recorded, graphic, printed, written or documentary matter, including without limitation, correspondence, memoranda, inter-office communications, notes, diaries, contracts, drawings, plans, specifications, estimates, vouchers, permits, written ordinances, minutes or meetings, invoices, billings, checks, reports, studies, telegrams, notes or telephone conversations, notes pertaining to any tangible thing, and any form of communication or representation, including letters, words, pictures, sounds or symbols or combinations thereof.

When asked to describe or identify a document or writing, state the title, subject matter, author or method of origination, date, addressee, file designation or other identifying designation, and the present location and custodian of the document.

6. The term "COMMUNICATION" and any of its variants mean or refers to any transfer of information, whether written, oral, or by any other means, and includes correspondence, inter-office and intra-office memorandum, reports, complaints, conversations, media outputs, speeches, and any other means of data transfer.

7. The term "PERSON" means and includes an individual (i.e., natural person), partnership, corporation, trust, unincorporated association, municipality, federal, state or local government agency, department or instrumentality, district, government agency, district, special district or agency, department or venture or other legal entity currently existing or which existed during the incident.

8. The term "RELATED TO" or "RELATING TO" shall mean constituting, respecting, regarding, concerning, pertaining to, referring to, stating, establishing, showing, supporting,

contradicting, describing, recording, noting, reflecting, embodying, memorializing, containing, mentioning, studying, analyzing or discussing, either directly or indirectly.

### Document Requests

1. ALL documents related to insurance policies issued to JABSI on his Range Rover automobile for the months of October, November, and December of 2020. Including, but not limited to policies, statements and insurance cards.

Respectfully Submitted,

ZHOIE PEREZ
Plaintiff in Pro Per