**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Zhoie Perez,<br><br>PETITIONER,<br>v.<br><br>City of Los Angeles, et al.<br><br>RESPONDENT. | CASE NUMBER<br><br>CV22-08227-SVW (AS)<br><br>**ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below were improperly filed for the following reason(s) The Court is not involved in the discovery process; Rule 5(d) prohibits filing discovery disclosures with the Court unless required for use in a proceeding or motion.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Request for Production of Documents (Docket No. 16) | January 5, 2023 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

| | |
|---|---|
| January 12, 2023 | / s / Alka Sagar |
| Date | United States Magistrate Judge |

CV-80 (12/95)          **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD**