AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. CV22-8227-SVW(AS)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

FILED
2023 JAN 20 AM 11: 23
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___EE___

I received this subpoena for *(name of individual and title, if any)* Los Angeles Police Department
on *(date)* 01/06/2023 .

☒ I served the subpoena by delivering a copy to the named person as follows: Claudia from the discovery division at the City of Los Angeles City Hall
on *(date)* 01/06/2023 ; or

☐ I returned the subpoena unexecuted because: ___

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ___

My fees are $ 50.00 for travel and $ 0 for services, for a total of $ 50.00 .

I declare under penalty of perjury that this information is true.

Date: 01/06/2023

*Server's signature*

Steve Rivera
*Printed name and title*

10505 Everest St. Norwalk CA 90650
*Server's address*

Additional information regarding attempted service, etc.: