FILED
2023 JAN 20 AM 11: 23
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES
BY ___

# Certificate of Service by U.S. Mail
FED R CIV P 5(b), (d)

I certify that, before 5:00 p.m. on Jan. 08, 2023, I placed a true and correct copy of the attached PLAINTIFF ZHOIE PEREZ' REQUEST FOR PRODUCTION OF DOCUMENTS FEDERAL RULES OF CIVIL PROCEDURE RULE 34, in the United States mail, in a properly-addressed envelope, with first class postage duly paid and affixed to the envelopes, and with the envelopes addressed to:

1. CLAUDE JABSI
8501 Pershing Drive
Unit 4
Playa Del Rey, CA 90293

Defendant

I declare under penalty of perjury that all of the statements made in this Certificate of Service are true and correct and that if called to testify as a witness in this matter, I could and would competently testify to each of the facts set forth in the Certificate.

This Certificate was executed on Jan. 08, 2023 at Playa Del Rey, CA.

*[signature]*

(PRINTED NAME) STEVE RIVERA

5