**HYDEE FELDSTEIN SOTO,** City Attorney (10686x)
**SCOTT MARCUS**, Chief Assistant City Attorney –SBN 184980
**CORY M. BRENTE,** Senior Assistant City Attorney – SBN 115453
**EMILY S. COHEN,** Deputy City Attorney – SBN 285709
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 645-9926
Fax No.:    (213) 978-8785
Email: emily.s.cohen@lacity.org

Attorneys for Defendant CITY OF LOS ANGELES, CHRISTOPHER WALKER and EDUARDO RIOS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHOIE PEREZ, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CALUDE JABSI; and JOHN DOE 1-5,<br><br><br>            Defendants. | CASE NO.  CV22-08227<br>*Hon. Stephen V. Wilson, Courtroom 10A*<br>*Mag. Judge Alka Sagar*<br><br>**LAPD DEFENDANTS' CASE MANAGEMENT REPORT** |

**TO THE HONORABLE COURT AND PLAINTIFF IN PRO SE:**

   The City of Los Angeles, Officer Rios, and Officer Walker (hereinafter referred to as "LAPD Defendants") hereby submit their Case Management Report per order of the Court (Dkt. 15).

/ / /

A.     **Factual and Legal Issues**

Complainant Zhoie Perez views herself as a First Amendment auditor. She operates a YouTube channel under the name "Furry Potato." She films locations and people in an attempt to provoke a reaction, which she later posts on her YouTube channel.

On December 13, 2020, Plaintiff was filming congregants at St. Anastasia's Church. Plaintiff began yelling "Allah Akbar" at them. Plaintiff pepper sprayed at least two congregants and brandished a knife. LAPD Officers Walker and Rios were dispatched to the location after several people called 911 alleging that a suspect had assaulted them. When Officers arrive, there is a crowd yelling at Plaintiff. Plaintiff is handcuffed to ensure the safety of everyone involved, and is found with both a knife and pepper spray.

Plaintiff refused to cooperate with officers at the scene and alluded to the lawsuit she intended to file. Plaintiff provided no evidence at the scene that she is a victim of a crime, including video footage or statements, so officers are unaware of her potential status as a victim until she was already handcuffed and driven back to the police station. At the police station, she explains to officers that Mr. Jabsi tried to run her over with his vehicle. Officers subsequently take a report and release her from custody.

The legal contentions in this case are whether the City of Los Angeles, Officer Rios, Officer Walker, and Claude Jabsi: (1) violated the Ralph Civil Rights Act; (2) violated the Bane Civil Rights Act; (3) Falsely Imprisoned Plaintiff; (4) violated Plaintiff's First Amendment Right to Free Press; (5) violated Plaintiff's Fourth Amendment Right by Seizing Plaintiff Without Probable Cause; and (6) violated Plaintiff's Fourth Amendment Right by using force.

B.     **Discovery Plans**

Plaintiff has served LAPD with a subpoena duces tecum and has been served objections. LAPD Defendants have also provided initial disclosures and began producing documents. LAPD Defendants served Plaintiff with a Request for Production and

Interrogatories on February 2, 2023. LAPD Defendants intend on deposing Plaintiff Zhoie Perez, Mr. Claude Jabsi, and possibly other potential witnesses. Mr. Jabsi has a deposition scheduled for February 17, 2023, which has been confirmed by both himself and Ms. Perez. Ms. Perez has a deposition scheduled for February 24, 2023, which has been confirmed by both Ms. Perez and Mr. Jabsi. LAPD Defendants believe all discovery can be completed by August 14, 2023.

**C.    Intended Motions**

LAPD Defendants intend on filing a 12(c) Motion and a Motion for Summary Judgment in this case.

**D.    Witness Testimony**

LAPD Defendants intend on calling Officer Rios, Officer Walker, and potentially a responding detective at trial. Officer Rios and Officer Walker will testify as to what they knew at the time of arrest and their actions on the date of the incident. Further, these witnesses will authenticate body worn video. The responding detective will testify as to the information that he later learned from Plaintiff Zhoie Perez and the actions taken by LAPD in response to that information. We also intend on calling a police practices expert to testify as to the actions taken by LAPD officers. LAPD Defendants reserve our right to change our intended witnesses as more information is learned through the discovery process.

**E.    Trial Estimate**

LAPD Defendants anticipate 3-4 days for trial and are requesting a jury trial.

**F.    Proposed Settlement**

The parties have not discussed settlement as LAPD Defendants would like to review the discovery produced by Plaintiff and receive rulings on dispositive motions before engaging in settlement negotiations. However, LAPD Defendants would suggest a panel mediator and propose Rick Copeland to mediate.

/ / /

/ / /

**G.     Other Information**

None at this time.

Dated: February 13, 2023                **HYDEE FELDSTEIN SOTO,** City Attorney
**SCOTT MARCUS**, Chief Assistant City Attorney
**CORY M. BRENTE,** Senior Assistant City Attorney
**EMILY S. COHEN,** Deputy City Attorney

By:  ___/s/ *Emily S. Cohen*___
        **EMILY S. COHEN**, Deputy City Attorney

Attorneys for Defendants CITY OF LOS ANGELES, CHRISTOPHER WALKER and EDUARDO RIOS

4

# PROOF OF SERVICE

I, MICHAEL PAN, declare as follows:

At the time of service I was over 18 years of age and not a party to this action. My business address is 200 N. Main Street, 6th Floor, City Hall East, Los Angeles, California 90012, which is in the County, City and State where this mailing occurred.

On February 13, 2023, I served the foregoing documents described as **LAPD DEFENDANTS' CASE MANAGEMENT REPORT**, on all interested parties in this action by placing copies thereof enclosed in a sealed envelope addressed as follows:

PLAINTIFF IN PRO SE
ZHOIE PEREZ
14926 Templar Drive
La Mirada, CA 90638
Ph: (657) 239-6005

CO-DEFENDANT IN PRO SE
CLAUDE JABSI
8501 Pershing Drive, Unit No. 4
Playa Del Rey, CA 90293
Ph: (323) 630-6303

[X] BY MAIL   [ ]   I deposited such envelope in the mail at Los Angeles, California, with first class postage thereon fully prepaid.
                [X]   I am readily familiar with the business practice for collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit; and/ or

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct. Executed on February 13, 2023, at Los Angeles, California.

*/s/ Michael Pan*
MICHAEL PAN

1