FILED

2023 FEB 14   AM 10: 06

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

1   ZHOIE PEREZ
    contact.zhoieperez@yahoo.com
2   14926 TEMPLAR DRIVE
    LA MIRADA, CA 90638
3   Phone: (657)-239-6005
4   Plaintiff, *In Pro Per*

5              **UNITED STATES DISTRICT COURT**
6              **CENTRAL DISTRICT OF CALIFORNIA**

7   ZHOIE PEREZ,                          )   **CASE NUMBER: 22-CV-08227-SVW-AS**
                                          )
8   Plaintiff                             )   ~~NOTICE OF MOTION AND MOTION FOR~~
                                          )   LEAVE TO FILE FIRST AMENDED
9   v.                                    )   COMPLAINT; MEMORANDUM OF
                                          )   POINTS AND AUTHORITIES;
10  CITY OF LOS ANGELES, OFFICER RIOS,    )   DECLARATION OF ZHOIE PEREZ IN
11  OFFICER WALKER, CLAUDE JABSI,         )   SUPPORT OF MOTION
    JOHN DOE,                             )
12                                        )
13  Defendants.                           )   *Hon. Stephen V. Wilson*
                                          )   *Mag. Judge Alka Sagar*
14                                        )
                                          )
15                                        )
                                          )
16  _____ )

17         PLEASE TAKE NOTICE that, Plaintiff ZHOIE PEREZ hereby moves this Court for an Order

18  granting them leave to file a first amended complaint against Defendants to allow for the substitution

19  of doe defendants.

20         This Motion is made pursuant to Federal Rules of Civil Procedure 15 and 16 on the grounds

21  that leave to amend should be liberally granted, and as the Court has not issued any pre-trial scheduling

22  order stating a deadline to amend any pleadings that the more liberal standard of *Federal* Rule of Civil

23  Procedure 15 should apply.

24

25  ///

26  ///

27

28

1      This motion is based upon this Notice, the attached Memorandum of Points and Authorities,

2    the declaration of ZHOIE PEREZ and Exhibits attached thereto, the complete files and records of this

3    action, and such other and further oral and documentary evidence as may be presented at the hearing

4    on this Motion.

5

6

7    Dated  02/14/2023

8                                                                    ZHOIE PEREZ, Plaintiff In Pro Per

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

## I. STATEMENT OF FACTS

Plaintiff filed their complaint against Defendants on November 10, 2022 alleging  causes of action for 1) Violation of the RALPH Civil Rights Act; 2) Violation of the BANE Civil Rights Act; 3) False Imprisonment; 4) First Amendment Violation (32 U.S.C. 1983); 5) Illegal Seizure (42 U.S.C. §1983) and; 6) Unlawful Search and Seizure.

Plaintiff seeks leave of court to file a first amended complaint to substitute the real names for Does 1 – 3 as follows: 1) Nivia Brito; 2) Leszek Semik and; 3) The Archdiocese of Los Angeles Risk Management Corporation.

The Court did not make any pre-trial scheduling order regarding any deadline for amended pleadings. Plaintiff contends that as the Court has not issued any pre-trial scheduling order stating a deadline to amend any pleadings that the more liberal standard of *Federal Rule of Civil Procedure* ("FRCP")15 should apply.

## II. LEGAL ARGUMENT

**A.   BECAUSE THE COURT DID NOT MAKE ANY PRE-TRIAL SCHEDULING ORDER REGARDING A DEADLINE TO FILE ANY AMENDED PLEADINGS, THE MORE LIBERAL STANDARDS OF RULE 15 OF THE FEDERAL RULES OF CIVIL PROCEDURE SHOULD APPLY**

Rule 15 of the *Federal Rules of Civil Procedure* ("FRCP") states in pertinent part that,

"A party may amend its pleading once as a matter of course within:

(A) 21 days after serving it, or

(B) if the pleading is one to which a responsive pleading is required, 21 days after service of a

responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

(2) *Other Amendments.* In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires."

Under Rule 15(a), leave to amend should be granted as a matter of course, at least until the defendant files a responsive pleading. After that point, leave to amend should be granted unless amendment would cause prejudice to the opposing party, is sought in bad faith, is futile, or creates undue delay. *Johnson v. Mammoth Recreations*, 975 F.2d 604, 607 (9th Cir. 1992).Plaintiff contends that adding the true names of defendants sued as does would not cause undue prejudice to the existing Defendants.

Once a pre-trial scheduling order has been issued the Court must look to the pre-trial scheduling order to determine what standards to apply to any motion to amend. *Johnson 975 F. 2d*, supra at 608.  However, since no pre-trial scheduling order has been issued which mentions any timetable for amending pleadings the more liberal standards of Rule 15 should apply.

The Ninth Circuit Court of Appeal has stated that Rule 15's policy favoring amendments is applied liberally by us. *Ascon Properties, Inc. v. Mobil Oil Co.*, 866 F.2d 1149, 1160 (9th Cir. 1989).

Leave to amend a pleading under Rule 15(a) is to be granted freely and with "extreme liberality." *DCD Programs, Ltd. v. Leighton*, 833 F.2d 183, 186 (9th Cir. 1987); see also *Foman v. Davis*, 371 U.S. 178, 182 (1962).

Plaintiff contends that, because justice requires their proposed amendment, the burden shifts to Defendant to convince the court why justice requires denial of leave to amend. See *Shipner v. Eastern Air Lines, Inc.*, 868 F.2d 401, 406-07 (11th Cir. 1989).

A copy of Plaintiff's proposed first amended complaint is attached as Exhibit "1" to the Declaration of Plaintiff ZHOIE PEREZ attached hereto and incorporated herein by reference.

**B.     THE PROPOSED FIRST AMENDED COMPLAINT SUBSTITUTES THE REAL NAMES FOR DOE DEFENDANTS 1-3 AND THE CLAIMS RELATE BACK TO THE ORIGINAL COMPLAINT**

Plaintiff should be granted leave to file an amended complaint as it would allow for the determination of the true names of defendants sued as does, and the claims in the first complaint relate back to the original complaint because they assert claims arising out of the conduct, transactions and occurrences that were set out, or attempted to be set out in the original complaint.  See *FRCP* Rule 15[c](1)(B).

**III.  CONCLUSION**

For the foregoing reasons, Plaintiff requests that the Court grant their motion for leave to file a first amended complaint against Defendants.

Dated  02/14/2023

ZHOIE PEREZ, Plaintiff In Pro Per

## DECLARATION OF ZHOIE PEREZ, PLAINTIFF IN PRO PER

I, ZHOIE PEREZ declare as follows:

1.     I am over the age of 18 years and am the Plaintiff in the above-entitled action. I have personal knowledge of the matters set forth in this declaration, and if called as a witness could and would testify competently to the truth of the facts stated herein.

2.     I filed my complaint against Defendants on November 10, 2022 alleging  causes of action for 1) Violation of the RALPH Civil Rights Act; 2) Violation of the BANE Civil Rights Act; 3) False Imprisonment; 4) First Amendment Violation (32 U.S.C. 1983); 5) Illegal Seizure (42 U.S.C. §1983) and; 6) Unlawful Search and Seizure.

3.     I am seeking leave of court to file a first amended complaint to substitute the real names for defendants listed as does 1 – 3 as follows: 1) Nivia Brito; 2) Leszek Semik and; 3) The Archdiocese of Los Angeles Risk Management Corporation.

4.     The Court did not make any pre-trial scheduling order regarding any deadline for amended pleadings. As the Court has not issued any pre-trial scheduling order stating a deadline to amend any pleadings that the more liberal standard of *Federal Rule of Civil Procedure* ("FRCP")15 should apply.

5.     The first amended complaint attached hereto as Exhibit "1" and incorporated herein by reference substitutes the real names for defendants sued as does 1-3.

6.     I request that the Court grant this motion and allow me leave to amend the complaint.

///

///

///

///

1

2          I declare under penalty of perjury under the laws of the State of California and the United

3   States of America that the foregoing is true and correct.

4

5

6   Dated: 02/14/2003                                    _____
                                                         ZHOIE PEREZ, Plaintiff In Pro Per
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Certificate of Service by U.S. Mail
### FED R CIV P 5(b), (d)

I certify that, before 5:00 p.m. on 02/13/2023 I placed a true and correct copy of the attached NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ZHOIE PEREZ IN SUPPORT OF MOTION , in the United States mail, in a properly-addressed envelope, with first class postage duly paid and affixed to the envelopes, and with the envelopes addressed to:

1.      Hydee Feldstein Soto
        C/O City Attorney's Office
        200 North Main Street 6th Floor, City Hall East
        Los Angeles, CA 90012

**Attorneys for Defendants**

I declare under penalty of perjury that all of the statements made in this Certificate of Service are true and correct and that if called to testify as a witness in this matter, I could and would competently testify to each of the facts set forth in the Certificate.

This Certificate was executed on February 14, 2023 at Los Angeles CA.

Dated:02/13/2023

Signature_____

(PRINTED NAME) DARLIE BREWSTER

NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND COMPLAINT