UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | CV 22-08227-SVW (AS) | Date | February 14, 2023 |
|---|---|---|---|
| Title | *Zhoie Perez v. City of Los Angeles, et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**   **ORDER REQUIRING RESPONSE TO MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (Dkt. No. 22)**

On February 14, 2023, Plaintiff filed a motion for leave to file a First Amended Complaint against Defendants to allow for the substitution of certain Doe Defendants. (Dkt. No. 22). Defendants are ordered to file an opposition to the motion for leave or statement of non-opposition to the motion **no later than February 28, 2023**. Plaintiff may file an optional reply no later than ten days after the filing of Defendants' opposition. The Court will take the motion under submission upon the filing of Plaintiff's reply or on the day after it is due.

IT IS SO ORDERED.

cc:   Steven V. Wilson
      United States District Judge

                                                        0  :  00
                                  Initials of Preparer   AF