Name: ZHOIE PEREZ

Address: 14926 TEMPLAR DRIVE

LA MIRADA CA 90638

Phone: 657-239-6005

Fax: _____

In Pro Per

FILED
2023 FEB 21  AM 9: 15
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: EES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ZHOIE PEREZ, an individual | CASE NUMBER: |
|---|---|
| Plaintiff | CV22-08227 SVW-AS |
| | To be supplied by the Clerk of The United States District Court |
| v. | **ZHOIE PEREZ PLAINTIFF CASE MANAGEMENT REPORT** |
| CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI; and JOHN DOE 1-5 | |
| Defendant(s). | |

TO THE HONORABLE COURT AND DEFENDANTS:

ZHOIE PEREZ hereby submits their Case Management Report per order of the Court (Dkt. 15).

A.    FACTUAL AND LEGAL ISSUES

      On December 13, 2020 I was conducting a news story on the Los Angeles County health mandates given to all religious organizations to adhere to in order to conduct their public religious ceremonies. I had been reporting on this story for awhile and had found that NOT one religious organization that I had reported on was following the rules of the mandates set by the County.

The congregants did not like the fact that I was filming their church location from a public sidewalk and began to obstruct my filming, threatening me with physical violence and then actually committing physical violence upon me. They subsequently called the police on me and lied as to what they did and what I did which resulted in me being arrested. When the police arrived, I had told the officers that I was battered and wanted people arrested. The police immediately put me, the victim, in handcuffs and roughly forced me in the back of the patrol vehicle. The police took no statements from me on the scene and never asked to see my video evidence. One can hear the police conspiring with someone (on my camera video) to have the person that hit me with their vehicle to leave the scene to avoid being arrested and then the police are also heard conspiring to write the report in a manner that would hopefully absolve the perpetrators of their wrong doing. The police without asking me for any statements or evidence transported me to the station where they had me in custody for well over EIGHT hours before being released without being charged with a crime.

The police can be heard on camera when we arrived at the station bragging about areesting me by my Youtube channel name which proves that they knew who exactly I was. The officers body camera footage will further sustain these allegations. Because all of these interactions were caught on video, I believe that I can without a doubt prove all claims made in my complaint.

B.      Discovery Plans

I, the Plaintiff, Zhoie Perez, have served the Defendants with a subpoena duces tecum and have only received the police report thus far, which equates to a fraction of what is asked for in the subpoena. I have received and filled out Interrogatories from Counsel for the Defendants (City of Los Angeles, Officer Rios and Officer Walker).

C.      Intended Motions

I, Zhoie Perez, the Plaintiff intend on making a Motion for the court to intervene in the production of discovery.

D.  **Witness Testimony**

I, Zhoie Perez, Plaintiff intend on calling Claude Jabsi, Father Leszeck Semik, Navita Brito, Officer Rios, Officer Walker, Officer Gutwein, Officer Lopez and Detective Garcia. I reserve my right to change my intended witnesses as more information is learned through the discovery process.

E.  **Trial Estimate**

I, the Plaintiff, Zhoie Perez estimate 4-5 days for trial and am requesting a jury trial.

F.  **Proposed Settlement**

I have NOT had an opportunity to discuss a settlement as of yet but I am open to starting that conversation at any time. I have NO objections to using the proposed mediator that the City of Los Angeles has suggested (Rick Copeland).

G.  **Other Information**

None at this time.

Dated February 15, 2023                                  ZHOIE PEREZ   Pro Se

By: _____
ZHOIE PEREZ
Pro Se Litigant