UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 22-08227-SVW (AS) | Date | February 21, 2023 |
|---|---|---|---|
| Title | *Zhoie Perez v. City of Los Angeles, et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**   **ORDER DISCHARGING ORDER TO SHOW CAUSE (Dkt. No. 23)**

On February 14, 2023, the Court issued an Order to Show Cause because Plaintiff had yet to file and serve a Case Management Report pursuant to the Court's prior Order. (Dkt. No. 23). On February 21, 2023, Plaintiff filed her Case Management Report. (Dkt. No. 25). Accordingly, the Court's February 14, 2023 Order to Show Cause (Dkt. No. 23) is DISCHARGED.

IT IS SO ORDERED.

cc:   Steven V. Wilson
United States District Judge

Initials of Preparer   AF         0 : 00