ORIGINAL

FILED

CLAUDE JABSI, DEFENDANT IN PRO PER
8501 PERSHING DRIVE, UNT #4
PLAYA DEL REY, CA 90293
(323) 630-6303

2023 MAR 10  PM 12: 16

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

CLAUDE JABSI, DEFENDANT IN PRO PER

UNITED STATEDS DISTRICT COURT

for the

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHOIE PEREZ | **CASE NUMBER**: CV22-8227-SVW (AS) |
| *Plaintiff(s)*, | **DEFENDANT, CLAUDE JABSI'S CASE MANAGEMENT REPORT** |
| vs. | |
| CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI, JOHN DOE | |
| *Defendant(s)* | |

TO THE HONORABLE COURT AND PLAINTIFF HEREIN:

Defendant, CLAUDE JABSI, (hereinafter referred to as "CLAUDE JABSI") hereby submits his

Case Management Report per order of the Court.

**FACTUAL AND LEGAL ISSUES**

Complainant, Zhoie Perez, known as a First Amendment auditor, has a YouTube channel as

"Furry Potato." She films people at different places and posts the interaction she has with such people.

Then she posts the videos on her You Tube Channel.  Most of these videos involve an altercation as she

gets people so upset as she provokes such a response from the people that she records.

On or about December 13, 2020, Plaintiff was recording people attending St. Anastasia's Church. Plaintiff was yelling "Allah Akbar" at them. Such a comment could be threatening and startling, as it is an Islamic saying in which she was yelling at a Catholic congregation, as well as the priest of this church. Plaintiff was yelling as she pepper sprayed myself (Claude Jabsi), and two other, church congregants of this church, ("Joey" and "Nivita"). Plaintiff also brandished a knife. We immediately called 911 as Plaintiff started assaulting congregants.

When the officers arrived, they handcuffed Plaintiff to ensure our safety. The officers found a knife and pepper spray in Plaintiff's possession.

## DISCOVERY PLANS

Claude Jabsi further reserves his right to add any and all intended discovery as more information is learned.

## INTENDED MOTIONS

Claude Jabsi intends on filing a 12(c) Motion and a Motion for Summary Judgment in this case.

## WITNESS TESTIMONY

Claude Jabsi intends to on calling FATHER LESCIK, the church's priest, and one other church congregant who was pepper sprayed, named ("NIVITA"). She will testify as to what occurred on this day and getting pepper sprayed. Claude Jabsi has many church congregants that witnessed this matter and are willing and able to testify. Once all names are discovered, Claude Jabsi further reserves his right to add any and all intended witnesses as more information is learned through the discovery process.

## TRIAL ESTIMATE

Claude Jabsi anticipates three (3) to four (4) days for trial and is requesting a jury trial.

///

///

DEFENDANT, CLAUDE JABSI'S CASE MANAGEMENT REPORT

**PROPOSED SETTLEMENT**

The parties have not discussed settlement as Claude Jabsi would like to review the discovery produced by Plaintiff and other Defendants before engaging in settlement negotiations.

**OTHER INFORMATION**

None at this time.

Respectfully submitted,

Date: March 9, 2023                                        CLAUDE JABSI, DEFENDANT IN PRO PER

# CERTIFICATE OF SERVICE / MAILING

1.  CASE NAME:           ZHOIE PEREZ v. CITY OF LOS ANGELES,

                         OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI,

                         JOHN DOE

2.  CASE NUMBER:         CV22-8227-SVW (AS)

3.  DOCUMENT SERVED:     DEFENDANT, CLAUDE JABSI'S CASE MANAGEMENT
                         REPORT

4.  <u>XXX</u>           PLACED IN U.S. FIRST CLASS MAIL

5.  MAILED TO:           ZHOIE PEREZ, 14926 TEMPLAR DRIVE, LA MIRADA,
                         CA 90638

                         EMILY COHEN, DEPUTY CITY ATTORNEY
                         CITY ATTORNEY'S OFFICE
                         200 NORTH MAIN STREET, 6TH FLOOR, CITY HALL EAST
                         LOS ANEGLES, CA 90012

6.  DATE MAILED:         March 9, 2023

7.  PERSON MAILED:       MONA IBRAHIM, 226 E. REGENT STREET,

                         INGLEWOOD, CA 90301

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:      March 9, 2023

FREDA DUREN
226 E. REGENT STREET
INGLEWOOD, CA 90301

**PROOF OF SERVICE**
*Case Number:  CV22-8227-SVW (AS)*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES,

     I reside in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.

     On March 9, 2023, the foregoing document described as:

**DEFENDANT, CLAUDE JABSI'S CASE MANAGEMENT REPORT**

     was served on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

XXX   BY MAIL

ZHOIE  PEREZ
14926 TEMPLAR DRIVE
LA MIRADA, CA 90638

EMILY COHEN, DEPUTY CITY ATTORNEY
CITY ATTORNEY'S OFFICE
200 NORTH MAIN STREET, 6TH FLOOR, CITY HALL EAST
LOS ANEGLES, CA 90012

     XXX   *I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

     XXX   STATE I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

     Executed on March 9, 2023 at Los Angeles, California.

FREDA DUREN

5
DEFENDANT, CLAUDE JABSI'S CASE MANAGEMENT REPORT