UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 22-08227-SVW (AS) | Date | March 16, 2023 |
|---|---|---|---|
| Title | *Zhoie Perez v. City of Los Angeles, et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**   **ORDER REQUIRING RESPONSES TO MOTIONS TO COMPEL (Dkt. Nos. 31, 33)**

On March 14, 2023, Plaintiff filed a motion to compel Defendant Jabsi to provide further responses and production of documents to Plaintiff's Requests for Production of Documents, (Dkt. Nos. 31-32), and a motion to compel Defendant City of Los Angeles to provide further responses and production of documents to Plaintiff's Requests for Production of Documents. (Dkt. Nos. 33-34). Defendants Jabsi is ORDERED to file a response to the motion to compel his further responses no later than March 30, 2023. Defendant City of Los Angeles is ORDERED to file a response to the motion to compel its further responses no later than March 30, 2023. In their responses, Defendants Jabsi and City of Los Angeles should address their respective failures to meet and confer with Plaintiff prior to the filing of the motions. Plaintiff may file an optional reply in support of each motion no later than fourteen (14) days after the filing of each Defendant's response. The Court will take the motions under submission upon the filing of Plaintiff's replies or on the day after each reply is due.

Defendant City of Los Angeles is further ORDERED to meet and confer with Plaintiff no later than March 30, 2023 regarding entering into a stipulated protective order that would allow it to produce any existing body camera footage. The stipulated protective order shall comply with Rule 26, the Ninth Circuit's standards for protective orders, and the guidelines set forth on the Court's procedures page. (See Judge Sagar's Procedures).

<u>Defendants are warned that failure to timely file an opposition or statement of no opposition may be deemed as consent to the granting of the motion. See Local Rule 7-12.</u>

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 22-08227-SVW (AS) | Date | March 16, 2023 |
|---|---|---|---|
| Title | *Zhoie Perez v. City of Los Angeles, et al.* | | |

**IT IS SO ORDERED.**

cc:   Stephen V. Wilson
      United States District Judge

Initials of Preparer   AF                    0 : 00