# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zhoie Perez <br><br> v. <br><br> City of Los Angeles, et al | **CASE NUMBER:** <br><br> 2:22-CV-08227-SVW-AS |
| PLAINTIFF(S) / DEFENDANT(S). | **NOTICE TO FILER OF DEFICIENCIES IN  FILED DOCUMENT** |

## PLEASE TAKE NOTICE:

The following problem(s) have been found with your  filed document:

| 03/28/2023 | | First Amended Complaint |
|---|---|---|
| Date Filed | Document  No. | Title of Document |

### DOCKETING AND FORMATTING ERRORS:

☐ Local Rule 11-3.8 title page is missing, incomplete, or incorrect
☐ Document lacks required signature
☐ Document linked incorrectly to the wrong document/docket entry
☐ Document submitted in the wrong case
☐ Incorrect document is attached to the docket entry
☐ Incorrect event selected.  Correct event to be used is _____
☐ Proposed document was not submitted or was not submitted as a separate attachment
☐ Other: _____

### MOTION-RELATED ERRORS:

☐ Local Rule 7-3 compliance statement missing
☐ Local Rules 7-9, 7-10 opposition or reply papers untimely
☐ Hearing information is missing, incorrect, or untimely
☐ Local Rule 11-6 Memorandum exceeds 25 pages
☐ Other: _____

### OTHER ERRORS:

☐ Local Rule 83-2.5 no letters to the Judge
☑ Fed. R. Civ. P. 5 no proof of service attached
☐ Local Rule 7-1.1 no notice of interested parties
☐ Other: _____
_____

**Note:** **In response to this notice, the Court may:  1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate.  You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: 03/28/2023

By: R. Smith (213) 894 3535
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**