**ORIGINAL** FILED

CLAUDE JABSI, DEFENDANT IN PRO PER
8501 PERSHING DRIVE, UNT #4
PLAYA DEL REY, CA 90293
(323) 639-6403

2023 MAR 28  AM 10: 54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY 

CLAUDE JABSI, DEFENDANT IN PRO PER

UNITED STATEDS DISTRICT COURT

for the

CENTRAL DISTRICT OF CALIFORNIA

| ZHOIE PEREZ | CASE NUMBER: CV22-8227-SVW (AS) |
|---|---|
| *Plaintiff(s),* | **DEFENDANT, CLAUDE JABSI'S RESPONSE TO THE COURT'S ORDER REQUIRING RESPONSES TO PLAINTIFF'S MOTION TO COMPEL** |
| vs. | |
| CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI, JOHN DOE | |
| *Defendant(s)* | |

COMES NOW, Defendant, CLAUDE JABSI, states the following:

Plaintiff's Motion to Compel to provide further responses and production of documents to PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS, (Dkt. Nos. 31-32) should be denied because Defendant, CLAUDE JABSI, has already responded to PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET NUMBER: ONE.

Defendant, CLAUDE JABSI, responded to PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET NUMBER ONE (1), on February 14, 2023, document entitled,

"DEFENDANT, CLAUDE JABSI'S RESPONSES TO PLAINTIFF ZHOIE PEREZ' REQUEST FOR PRODUCTION OF DOCUMENTS (F.R.C.P. 33-34)" along with a Certificate of Service, dated February 14, 2023, signed by Freda Duren. See Exhibit "1" attached and incorporated herein.

Further, Plaintiff has not attempted to Meet & Confer as stated. Instead, I have received threatening voice-mail messages wherein Plaintiff is cursing and threatening to physically harm my family including my minor children and myself.

## CONCLUSION

For the foregoing reasons, Plaintiff's Motion to Compel should be denied.

Respectfully submitted,

Date:  MARCH 27, 2023            CLAUDE JABSI, DEFENDANT IN PRO PER

## DECLARATION OF DEFENDANT, CLAUDE JABSI

I, CLAUDE JABSI, am the Defendant in this matter, and I declare the following in support of my response to the Court's ORDER REQUIRING RESPONSES TO PLAINTIFF'S MOTION TO COMPEL.

1.  I responded to Plaintiff's REQUEST FOR PRODUCTION OF DOCUMENTS, SET NUMBER: ONE (1), document dated February 14, 2023.

2.  Plaintiff was served on February 14, 2023, with responses to discovery entitled, "DEFENDANT, CLAUDE JABSI'S RESPONSES TO PLAINTIFF ZHOIE PEREZ' REQUEST FOR PRODUCTION OF DOCUMENTS (F.R.C.P. 33-34)" along with a Certificate of Service, dated February 14, 2023, signed by Freda Duren. See Exhibit "1" attached and incorporated herein.

3.  Plaintiff has never attempted to Meet & Confer but rather left threatening voice-mail messages wherein Plaintiff is harassing my family and me. I haver her voice-mail messages in which Plaintiff is cursing, using foul language, and is threatening to cause bodily harm and/or injury to my family, including my minor children and myself.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 27, 2023           By: _____
                                    CLAUDE JABSI, DEFENDANT IN PRO PER

# EXHIBIT "1"

CLAUDE JABSI, DEFENDANT IN PRO PER
8501 PERSHING DRIVE, UNT #4
PLAYA DEL REY, CA 90293
(323) 639-6403

CLAUDE JABSI, DEFENDANT IN PRO PER

UNITED STATEDS DISTRICT COURT

for the

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHOIE PEREZ , *Plaintiff(s)*, vs. CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI, JOHN DOE *Defendant(s)* | **CASE NUMBER:** CV22-8227-SVW (AS) **DEFENDANT, CLAUDE JABSI'S RESPONSES TO PLAINTIFF ZHOIE PEREZ' REQUEST FOR PRODUCTION OF DOCUMENTS (F.R.C.P. 33-34)** SET NUMBER: ONE |

**PROPOUNDING PARTY: ZHOIE PEREZ**

**RESPONDING PARTY:   CLAUDE JABSI**

**SET NO.:              ONE**

Pursuant to Federal Rules of Civil Procedure 33 and 34 of the Federal Rules of Civil Procedure and the Local Rules of this Court, Defendant responds and objects to Plaintiff Zhoie Perez' ("Plaintiff") first Request for Production of Documents as follows:

### PRELIMINARY STATEMENT

1. Defendant's investigation and development of all facts and circumstances relating to this action is ongoing. These responses and objections are made without prejudice to, and are not a

waiver of, Defendant's right to rely on other facts or documents at trial.

2. By making the accompanying responses and objections to Plaintiff's requests for documents, Defendant does not waive, and hereby expressly reserves, its right to assert any and all objections as to the admissibility of such responses into evidence in this action, or in any other proceedings, on any and all grounds including, but not limited to, competency, relevancy, materiality, and privilege. Further, Defendant makes the responses and objections herein without in any way implying that it considers the requests, and responses to the requests, to be relevant or material to the subject matter of this action.

3. Defendant will produce responsive documents only to the extent that such documents are in his possession, custody, or control, as set forth in the Federal Rules of Civil Procedure. Defendant's possession, custody, or control does not include any constructive possession that may be conferred by Plaintiff's right or power to compel the production of documents or information from third parties.

4. A response to a document request stating that objections and/or indicating that documents will be produced shall not be deemed or construed that there are, in fact, responsive documents, that Defendant performed any of the acts described in the document request, or definitions and/or instructions applicable to the document request, or that Defendant acquiesces in the characterization of the conduct or activities contained in the document request, or definitions and/or instructions applicable to the document request.

5. Defendant expressly reserves the right to supplement, clarify, revise, or correct any or all of the responses and objections herein, and to assert additional objections or privileges, in one or more subsequent supplemental response(s).

6. Defendant will make available for inspection at Defendant's offices responsive documents. Alternatively, Defendant will produce copies of the documents.

7. Publicly available documents including, but not limited to, newspaper clippings, court papers, and documents available on the Internet, will not be produced.

## GENERAL OBJECTIONS

1. Defendant objects to each instruction, definition, document request, to the extent that it purports to impose any requirement or discovery obligation greater than or different from those under the Federal Rules of Civil Procedure and the applicable Rules and Orders of the Court.

2. Defendant objects to each document request that is overly broad, unduly burdensome, or not reasonably calculated to lead to the discovery of admissible evidence.

3. Plaintiff's document request calls for the production of documents and information that were produced to the Defendant by other entities and that may contain confidential information.

4. To the extent any of Plaintiff's document requests seek documents or answers that include expert material, including but not limited to survey materials, Defendant objects to any such requests as premature and expressly reserves the right to supplement, clarify, revise, or correct any or all responses to such requests, and to assert additional objections or privileges, in one or more subsequent supplemental response(s) in accordance with the time period for exchanging expert reports set by the Court.

5. Defendant incorporates by reference every general objection set forth above into each specific response set forth below. A specific response may repeat a general objection for emphasis or some other reason. The failure to include any general objection in any specific response does not waive any general objection to that request. Moreover, Defendant does not waive its right to amend its responses.

## OBJECTIONS AND RESPONSES TO DOCUMENT REQUESTS

**DOCUMENT REQUEST NO. 1:**

All documents related to insurance policies issued to JABSI on his Range Rover automobile for the months of October, November, and December of 2020. Including, but not limited to policies, statements, and insurance cards.

**RESPONSE TO DOCUMENT REQUEST NO. 1:**

Defendant objects to this document request as vague and ambiguous to the extent that it relies on the term "all documents," which is not defined in Plaintiff's First Request for Production of Documents. Defendant will treat this request as if it called for documents (1) that contain,

include, or are derived from any and "ALL" correspondences, invoices, documents, writings, notes, photographs, claims, verbatim statements, and electronic communications.

Defendant also objects to this request as burdensome to the extent that it calls for "ALL DOCUMENTS" from the months of October, November, and December of 2020.

Subject to the above objections, Defendant has no responsive documents in its possession, custody, or control.

Defendant further objects to this request because the only possible purpose of this request is to harass and cause hardship to the defendant and needlessly to increase the cost of litigation to the defendant.

Defendant further objects to this request as vague, ambiguous, overbroad, and unduly burdensome to the extent it asks Defendant to produce "all documents".

Furthermore, this request is not relevant to this case.

Respectfully submitted,

Date:   February 14, 2023         CLAUDE JABSI, DEFENDANT IN PRO PER

## CERTIFICATE OF SERVICE

1. CASE NAME: ZHOIE PEREZ v. CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI, JOHN DOE

2. CASE NUMBER: CV22-8227-SVW (AS)

3. DOCUMENT SERVED: DEFENDANT, CLAUDE JABSI'S RESPONSES TO PLAINTIFF ZHOIE PEREZ' REQUEST FOR PRODUCTION OF DOCUMENTS (F.R.C.P. 33-34)

4. XXX   PLACED IN U.S. FIRST CLASS MAIL

5. MAILED TO: ZHOIE PEREZ
   14926 TEMPLAR DRIVE
   LA MIRADA, CA 90638

6. DATE MAILED: FEBRUARY 14, 2023

7. PERSON MAILED: FREDA DUREN
   226 E. REGENT STREET
   INGLEWOOD, CA 90301

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:   FEBRUARY 14, 2023

_/s/ Freda Duren_
FREDA DUREN
226 E. REGENT STREET
INGLEWOOD, CA 90301

# CERTIFICATE OF SERVICE

1. CASE NAME: ZHOIE PEREZ v. CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI, JOHN DOE

2. CASE NUMBER: CV22-8227-SVW (AS)

3. DOCUMENT SERVED: DEFENDANT, CLAUDE JABSI'S RESPONSE TO THE COURT'S ORDER REQUIRING RESPONSES TO PLAINTIFF'S MOTION TO COMPEL

4. XXX  PLACED IN U.S. FIRST CLASS MAIL

5. MAILED TO: ZHOIE PEREZ
14926 TEMPLAR DRIVE
LA MIRADA, CA 90638

EMILY COHEN, DEPUTY CITY ATTORNEY
CITY ATTORNEY'S OFFICE
200 NORTH MAIN STREET, 6TH FLOOR, CITY HALL EAST
LOS ANEGLES, CA 90012

6. DATE MAILED: MARCH 27, 2023

7. PERSON MAILED: FREDA DUREN
226 E. REGENT STREET
INGLEWOOD, CA 90301

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: MARCH 27, 2023

_/s/ Freda Duren_
FREDA DUREN
226 E. REGENT STREET
INGLEWOOD, CA 90301