**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Zhoie Perez, | CASE NUMBER: |
| PLAINTIFF(S) | CV22-08227-SVW (AS) |
| v. | |
| City of Los Angeles et al, | ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENT |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| March 28, 2023 | 37 | First Amended Complaint |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

    - Plaintiff is directed to serve the document on defendants and file a proof of service in accordance with
    Local Civil Rule 5-3.1.2 by no later than **April 5, 2023**.

Dated: _____March 29, 2023_____

By: _____/ s / Sagar_____
Honorable Alka Sagar
U.S. Magistrate Judge