Name: ZHOIE PEREZ

Address: 14926 TEMPLAR DRIVE

LA MIRADA CA 90638

Phone: 657-239-6005

Fax: _____

In Pro Per

FILED

2023 APR -5 AM 10: 14

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: EEE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHOIE PEREZ<br><br>Plaintiff<br><br>v.<br><br>CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI, JOHN DOE 1-5,<br><br>Defendant(s). | CASE NUMBER:<br><br>CV22-08227-SWV-AS<br><br>To be supplied by the Clerk of<br>The United States District Court<br><br>**INTERROGATORY ANSWERS SET ONE** |

PRODOUNDING PARTY:            DEFENDANT: CITY OF LOS ANGELES

RESPONDING PARTY:             PLAINTIFF:   ZHOIE PEREZ

SET NUMBER:                   ONE

INTERROGATORY ANSWERS

1.	The police officers (Rios and Walker) knew I was a Transgender individual and the 360 camera footage shows the officers arriving at the station meeting with another officer and stating, " you got Furry Potato". Knowing who I am and knowing my status as a Transgender person coupled with the violence and intimidation that happened at the scene of the arrest clearly violates this act.

2.	The police at the scene immediately and without a proper investigation prevented me from filming and reporting at the scene even though I was the victim in the scenario. The police through violence and intimidation stopped my ability to report anything from that location (St. Anastatia Church) They arrested me and shut off my camera equipment without cause and arrest me, the victim.

3.	I was arrested without a proper investigation at the Church location and held in police custody for almost 9 hours before being released without charges as I was the victim.

4.	As a member of the Press and being credentialed as well, the police arresting me, the victim, stopped me from conducting my first amendment constutionally protected rights to film and report at the church from a public vantage point.

5.	Considereing I was the victimin this case, the police had no right to search me or my belongings. They had no right to encarcerate me in an attempt to victimize me. Considering I was the victim, the police had no right to sieze me or my property at any time during this incident.

6. As steated in number 5, I was the victim in this scenario and by that logic the police had no lawful reason to search my person or property.

7. I, at the time of this answering session I do not have the video in front of me to properly answer this question. But I believe it is towards the end of the video, I would say towards the last 5 to 10 minutes of the video.

8. I, at the time of this answering session, do not have the video in front of me to properly answer this, but as with question number 7, it is toward the end of the video. Around the last 5 to 10 minutes of the video.

9. As stated in question 1, the police officers knew who I was when they entered the scene. The discovery NOT yet received by the City of Los Angeles will aid in my claims of the ongoing harassment by the officers of LAPD.

10. The PTSD incurred by this obvious injustice. Being in handcuffs with my arms behind my back for as long as they were re-injured my shoulder as well.

11. As answered in question 9, the policeofficers knew who I was and instead of arresting any of the people I said I wanted areested for the crimes that they did to me, I ws the only one arrested, even though I was the only victim in this case. When I receive the balance of the discovery from the City of Los Angeles, this question can be fully answered.

12. I without the video in front of me I can't answer this question.

13. I without the video in front of me I can't answer this question.

14. I, as the victim, was handcuffed, slammed up against the patrol vehicle, kept in cuffs for an extended amount of time, again, as the victim.

15. I, as the victim, was handcuffed, slammed up against the patrol vehicle, kept in cuffs for an extended amount of time, again, as the victim.

16. Claude Jabsi, Lesek Semick, Navia Brito, Officer Walker and Officer Rios.

17. All four officers that showed up on the scene as well as the sargents body camera, witnesses (listed above), my livestream video and documents I requested from LAPD.

18. PTSD from having to endure being treated like a criminal when I was clearly the victim.

19. I have and still am dealing with shoulder pain, lower back pain and knee pain from the incident.

20. Same answer as number 18.

21. I have not received any treatment for these injuries, money is a deterent for me to have received the luxury of proper healthcare.

Dated: February 27, 2023

ZHOIE PEREZ - PRO SE

# PROOF OF SERVICE

I, Darlie Brewster, declare as follows:

At the time of service I was over the age of 18 and not a party to this action. I live in Los Angeles which is in the County, City and State where this mailing occurred.

On ~~March~~ April 01, 2023, I served the documents on the interested party in this action as follows: 1ST Amended Complaint and Interrogatory Answers

Emily Cohen
City of Los Angeles
200 North Main Street
6th Floor, City Hall East
Los Angeles CA 90012

[X]   BY MAIL
[X]   I am readily familiar with the business practice for the collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit.

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on this day 01 day of ~~March~~ April, 2023 at Los Angeles California.

*[Signature: Darlie Brewster]*