FILED
2023 APR -5 AM 10: 16
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# PROOF OF SERVICE

I, Darlie Brewster declare as follows:

At the time of service I was over the age of 18 and not a party to this action. I live in Los Angeles which is in the County, City and State where this mailing occurred.

On April 1, 2023, I served the foregoing documents described as **PLAINTIFFS RESPONSE TO DEFENDANTS OPPOSITION TO MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT,** on all interested parties in this action as follows: 1ST Amended Complaint

**DEFENDANT IN PRO SE**

**Navia Brito**
**10609 Firmona Ave**
**Inglewood, CA 90304**

[X]   BY MAIL
[X]   I am readily familiar with the business practice for the collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit.

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on this day 1st day of April, 2023 at Los Angeles California.

*/s/ DARLIE BREWSTER*