Case # CV22-08227-SWV-AS

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

FILED

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

2023 APR -5 AM 10: 16

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ~~EEE~~

This summons for *(name of individual and title, if any)* Claude Jabsi

was received by me on *(date)* 03/30/2023  .

☒ I personally served the summons on the individual at *(place)*
8501 Pershing Dr. #4, Playa Del Rey, CA, 90293 on *(date)* 03/30/2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 100.~~00~~  for travel and $ 50.~~00~~  for services, for a total of $ 150.00  .

I declare under penalty of perjury that this information is true.

Date: 03-30-2023

_____
Server's signature

Steve Rivera
Printed name and title

10505 Everest St.
Server's address

Additional information regarding attempted service, etc: