Case# CV22-08227-SWV-AS

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED
2023 APR -5 AM 10: 15
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

This summons for *(name of individual and title, if any)* The Archdiocese of Los Angeles Risk Management Corp.
was received by me on *(date)* 03/30/2023.

☒ I personally served the summons on the individual at *(place)* 401 Wilshire Blvd. Santa Monica CA 90401 on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 100.00 for travel and $ 50.00 for services, for a total of $ 150.00

I declare under penalty of perjury that this information is true.

Date: 03-30-2023

*Steve Rivera*
Server's signature

Steve Rivera
Printed name and title

10505 Everest St.
Server's address

Additional information regarding attempted service, etc: