**HYDEE FELDSTEIN SOTO,** City Attorney (10686x)
**SCOTT MARCUS,** Chief Assistant City Attorney –SBN 184980
**CORY M. BRENTE,** Senior Assistant City Attorney – SBN 115453
**EMILY S. COHEN,** Deputy City Attorney – SBN 285709
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 645-9926
Fax No.:    (213) 978-8785
Email: emily.s.cohen@lacity.org

Attorneys for Defendant **CITY OF LOS ANGELES, CHRISTOPHER WALKER** and **EDUARDO RIOS**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHOIE PEREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CALUDE JABSI; and JOHN DOE 1-5,<br><br>Defendants. | CASE NO.  CV22-08227-SVW-ASx<br>*Hon. Stephen V. Wilson, Courtroom 10A*<br>*Mag. Judge Alka Sagar*<br><br>**STIPULATION OF DISMISSAL OF STATE LAW CLAIMS AGAINST DEFENDANTS OFFICER RIOS, OFFICER WALKER, AND DEFENDANT CITY OF LOS ANGELES WITH PREJUDICE; AND STIPULATION TO VACATE MOTION TO COMPEL AGAINST THE CITY OF LOS ANGELES** |

**TO THE ABOVE-ENTITLED COURT:**

**IT IS HERE BY STIPULATED** by and between ZHOIE PEREZ, on the one hand; and Defendants **CITY OF LOS ANGELES, OFFICER RIOS and OFFICER WALKER** on the other hand, through their attorneys of record, as follows:

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the state law claims in the above-entitled action against Defendants **OFFICER RIOS OFFICER WALKER, and the CITY OF LOS ANGELES** be dismissed, *with prejudice,* specifically as to Count 1: a violation of the "Ralph Civil

Rights Act"; Count 2: a violation of the "Bane Civil Rights Act"; and Count 3:"False Imprisonment". This dismissal does not constitute an adjudication on the merits. This dismissal excludes and does not apply to Plaintiffs' federal law claims.

Further, it is stipulated between the parties to vacate the motion to compel discovery as the parties have resolved their dispute. (PACER Doc. 31)

**IT IS SO STIPULATED.**

Dated: April 17, 2023   By: _____
ZHOIE PEREZ
Plaintiff in *pro se*

Dated: April 17, 2023   **HYDEE FELDSTEIN SOTO,** City Attorney
**SCOTT MARCUS,** Chief Assistant City Attorney
**CORY M. BRENTE,** Senior Assistant City Attorney

By: /s/ *Emily S. Cohen*
**EMILY S. COHEN,** Deputy City Attorney

Attorneys for Defendants **CITY OF LOS ANGELES, CHRISTOPHER WALKER** and **EDUARDO RIOS**

# PROOF OF SERVICE

I, Michael Pan, declare as follows:

At the time of service I was over 18 years of age and not a party to this action. My business address is 200 N. Main Street, 6th Floor, City Hall East, Los Angeles, California 90012, which is in the County, City and State where this mailing occurred.

On April 17, 2023, I served the foregoing documents described as **STIPULATION OF DISMISSAL OF STATE LAW CLAIMS AGAINST DEFENDANTS OFFICER RIOS, OFFICER WALKER, AND DEFENDANT CITY OF LOS ANGELES WITH PREJUDICE AND STIPULATION TO VACATE MOTION TO COMPEL AGAINST THE CITY OF LOS ANGELES**, on all interested parties in this action by placing copies thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| PLAINTIFF IN PRO SE | DEFENDANT IN PRO SE |
| ZHOIE PEREZ | CLAUDE JABSI |
| 14926 Templar Drive | 8501 Pershing Drive, Unit No. 4 |
| La Mirada, CA 90638 | Playa Del Rey, CA 90293 |
| Ph: (657) 239-6005 | Ph: (323) 630-6303 |
| Email: contact.zhoieperez@yahoo.com | Email: playaspita@gmail.com |

[X] BY MAIL     [ ]     I deposited such envelope in the mail at Los Angeles, California, with first class postage thereon fully prepaid.

[X]     I am readily familiar with the business practice for collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit; and/ or

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct. Executed on April 17, 2023, at Los Angeles, California.

MICHAEL PAN

1