**NOTE CHANGES MADE BY THE COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHOIE PEREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CALUDE JABSI; and JOHN DOE 1-5,<br><br>Defendants. | CASE NO. CV22-08227-SVW(AS)<br>*Hon. Stephen V. Wilson, Courtroom 10A*<br>*Mag. Judge Alka Sagar*<br><br>[~~PROPOSED~~] **ORDER RE STIPULATION TO VACATE MOTION TO COMPEL AGAINST CITY OF LOS ANGELES** |

Pursuant to Rule 37(a)(1) of the Federal Rules of Civil Procedure, and the agreement of the parties, the motion to compel, filed by Plaintiff against **OFFICER RIOS, OFFICER WALKER, and THE CITY OF LOS ANGELES** (*Doc. 33*) is hereby vacated.

***IT IS SO ORDERED.***

Dated:  April 20, 2023

                                                    / s / Sagar
**HON. ALKA SAGAR**
United States Magistrate Judge