## ORIGINAL

FILED

CLAUDE JABSI, DEFENDANT IN PRO PER
8501 PERSHING DRIVE, UNT #4
PLAYA DEL REY, CA 90293
(323) 630-6303

2023 APR 20  AM 10: 46

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

CLAUDE JABSI, DEFENDANT IN PRO PER

UNITED STATEDS DISTRICT COURT

for the

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHOIE PEREZ | **CASE NUMBER**: CV22-08227-SVW (AS) |
| *Plaintiff(s)*, | |
| vs. | **DEFENDANT, CLAUDE JABSI'S ANSWER TO PLAINTIFF'S FIRST AMENDED CIVIL RIGHTS COMPLAINT** |
| CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI, NAVIA BRITO, LESZEK SEMIK, THE ARCHDIOCESE OF LOS ANGELES, RISK MANAGEMENT CORPORATION AND JOHN DOE 1-2 | |
| *Defendant(s)* | |

### 1. Responses to the Claims in the Complaint

The first paragraph of this Answer denies everything that is not specifically admitted.

    A.    Defendant, Claude Jabsi, denies each and every allegation in the Complaint except those specifically admitted in this Answer.

    B.    Defendant, Claude Jabsi, denies paragraph 2 of Plaintiff's complaint as Defendant, Claude Jabsi, is not an officer, and he is not an employee of the City of Los Angeles.

    C.    Defendant admits the allegations in the following paragraphs:

1)      JURISDICTION AND VENUE: paragraphs 5 and 6.

1)      GENERAL ALLEGATIONS:  Defendant denies Plaintiff's allegations wherein Plaintiff states that Defendant, Claude Jabsi, grabbed her.  Defendant, Claude Jabsi, never touched Plaintiff.

Plaintiff pepper sprayed Defendant, Claude Jabsi, and gave him the middle finger.  Due to Defendant being pepper sprayed, Defendant was on fire as it hurt him, therefore he yelled as the pepper spray put him on fire, as it hurt him.  The yelling was a result of the injury caused by the Plaintiff.

Further, Defendant, Claude Jabsi, denies Plaintiff's allegations wherein she states that he attacked her when in fact he did not attack or strike Plaintiff.  Defendant, Claude Jabsi, attempted to leave the church parking lot wherein Plaintiff blocked him and attacked him with her stick.  Defendant's vehicle **did not** touch Plaintiff whatsoever.  This is an untrue statement by Plaintiff in an attempt to claim money for damages.

2)      GENERAL ALLEGATIONS: Paragraph 11:  I only admit that LAPD Officers showed up and put Plaintiff in the back of their patrol vehicle.

## 2. Affirmative Defenses

### FIRST AFFIRMATIVE DEFENSE

### [Failure To State A Cause of Action]

Defendant, CLAUDE JABSI, is informed and believes and thereon alleges that each and every cause of action in the complaint on file fails to state facts sufficient to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

### [Laches]

Defendant, CLAUDE JABSI, is informed and believes and thereon alleges that this action is barred by laches as Plaintiff unreasonably delayed in the bringing of this action and thereby prejudiced the rights of Defendant, CLAUDE JABSI.

///

### THIRD AFFIRMATIVE DEFENSE

#### [Waiver]

Defendant, CLAUDE JABSI, is informed and believes and thereon alleges that, as a result of the acts, conduct and omissions of Plaintiff, each and every cause of action of the Complaint has been waived.

### FOURTH AFFIRMATIVE DEFENSE

#### [Failure To Mitigate]

Defendant, CLAUDE JABSI, is informed and believes and thereon alleges that if Plaintiff suffered or sustained any loss, damage or injury as alleged in the Complaint, Plaintiff failed to mitigate said damages, and Plaintiff 's recovery herein is barred or limited to the extent of any such failure to mitigate damages.

### FIFTH AFFIRMATIVE DEFENSE

#### [Undue Delay]

Defendant, CLAUDE JABSI, is informed and believes and thereon alleges that Plaintiff has, contrary to its legal obligation under state and federal law, failed to take effective and reasonable action to abate the alleged claims.

### SIXTH AFFIRMATIVE DEFENSE

#### [Statute of Limitations]

The deadline to file a complaint under the **Ralph Civil Rights Act** is one-year after the "alleged" hate crime victim learns of the perpetrator's identity.  Plaintiff had all names to all parties involved, as there was a police report filed.  Plaintiff was also arrested at the scene of this incident wherein she was provided with all the information and names.  This complaint was amended (to include this Act) and filed on or about March 2023, which is over the one-year limit.

The deadline to file a complaint under the **Bane Civil Rights Act** is a two-year statute of limitations.  This complaint was amended (to include this Act) and filed on or about March 2023, which is over the two-year limit.

///

///

## **DEMAND FOR RELIEF**

WHEREFORE, Defendant demands:

1)      That Plaintiff takes nothing from Defendant, CLAUDE JABSI, by virtue of its Complaint;

2)      That the Court enter judgment dismissing this entire action;

3)      That Defendant be awarded costs incurred;

4)      That Defendant be awarded such other and further relief as the Court may  deem just.


Respectfully submitted,


Date:  April 16, 2023                    CLAUDE JABSI, DEFENDANT IN PRO PER

DEFENDANT, CLAUDE JABSI'S ANSWER TO PLAINTIFF'S FIRST AMENDED CIVIL RIGHTS COMPLAINT

## CERTIFICATE OF SERVICE / MAILING

1.    CASE NAME:                ZHOIE PEREZ v. CITY OF LOS ANGELES, et al

2.    CASE NUMBER:             CV22-08227-SVW (AS)

3.    DOCUMENT SERVED:         DEFENDANT, CLAUDE JABSI'S ANSWER TO
                               PLAINTIFF'S FIRST AMENDED CIVIL RIGHTS
                               COMPLAINT; and CERTIFICATION AND
                               NOTICE OF INTERESTED PARTIES

4.    XXX                      PLACED IN U.S. FIRST CLASS MAIL

5.    MAILED TO:               ZHOIE PEREZ, 14926 TEMPLAR DRIVE, LA MIRADA,
                               CA 90638

6.    DATE MAILED:             APRIL 16, 2023

7.    PERSON MAILED:           FREDA DUREN, 226 E. REGENT STREET,
                               INGLEWOOD, CA 90301

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:        APRIL 16, 2023

                               FREDA DUREN
                               226 E. REGENT STREET
                               INGLEWOOD, CA 90301

DEFENDANT, CLAUDE JABSI'S ANSWER TO PLAINTIFF'S FIRST AMENDED CIVIL RIGHTS COMPLAINT

**PROOF OF SERVICE**
*Case Number:  CV22-08227-SVW (AS)*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES,

       I reside in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.

       On APRIL 16, 2023, the foregoing document described as:

**DEFENDANT, CLAUDE JABSI'S ANSWER TO PLAINTIFF'S FIRST AMENDED CIVIL RIGHTS COMPLAINT; and CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

      was served on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

    XXX   BY MAIL

    ZHOIE  PEREZ
    14926 TEMPLAR DRIVE
    LA MIRADA, CA 90638

    XXX   *I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

    XXX   STATE I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

      Executed on April 16, 2023 at Los Angeles, California.


FREDA DUREN