ORIGINAL    FILED

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
CLAUDE JABSI, DEFENDANT IN PRO PER
8501 PERSHING DRIVE, UNIT #4
PLAYA DEL REY, CA 90293
(323) 630-6303

2023 APR 20  AM 10: 46

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

ATTORNEY(S) FOR: CLAUDE JABSI, DEFENDANT IN PRO PER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ZHOIE PEREZ

Plaintiff(s),

v.

City Of Los Angeles, Officer Rios, Officer Walker, Claude Jabsi, Navia Brito, Leszek Semik, The Archdiocese Of Los Angeles, Risk Management CORPORATION AND JOHN DOE 1-2

Defendant(s)

CASE NUMBER:

CV22-08227-SVW (AS)

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   CLAUDE JABSI, DEFENDANT IN PRO PER
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| CLAUDE JABSI | DEFENDANT |
| CITY OF LOS ANGELES | DEFENDANT |
| OFFICER RIOS | DEFENDANT |
| OFFICER WALKER | DEFENDANT |
| CLAUDE JABSI | DEFENDANT |
| NAVIA BRITO | DEFENDANT |
| LESZEK SEMIK | DEFENDANT |
| THE ARCHDIOCESE OF LOS ANGELES | DEFENDANT |
| RISK MANAGEMENT CORPORATION | DEFENDANT |
| JOHN DOE 1 | DEFENDANT |
| JOHN DOE 2 | DEFENDANT |
| ZHOIE PEREZ | PLAINTIFF |

04/16/2023
Date

Signature

Attorney of record for (or name of party appearing in pro per):

CLAUDE JABSI, DEFENDANT IN PRO PER