MATHEW R. GROSECLOSE (SBN 264680)
mgroseclose@polsinelli.com
**POLSINELLI LLP**
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:    (310) 556-1801
Facsimile:    (310) 556-1802

*Attorneys for Defendants*
*Archdiocese of Los Angeles Risk Management Corporation and Father Leszek Semik*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHOIE PEREZ | Case No. 2:22-cv-08227-SVW-(AS) |
| Plaintiff(s), | |
| v. | **NOTICE OF APPEARANCE** |
| CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI, NAVIA BRITO, LESZEK SEMIK, THE ARCHDIOCESE OF LOS ANGELES RISK MANAGEMENT CORP., AND JOHN DOE 1-2 | |
| Defendant(s). | |

Mathew R. Groseclose of Polsinelli LLP hereby enters his appearance on behalf of Defendants, *Archdiocese of Los Angeles Risk Management Corporation* and *Father Leszek Semik.*

Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
(310) 556-1801

NOTICE OF APPEARANCE

89211779.1

1

DATED:   April 20, 2023

2

**POLSINELLI LLP**

3

4

By:   _/s/ Mathew R. Groseclose_

Mathew R. Groseclose, Esq.

5

*Attorneys for Defendants, Archdiocese of Los Angeles Risk Management Corporation and Leszek Semik*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
NOTICE OF APPEARANCE

89211779.1

1

## **CERTIFICATE OF SERVICE**

2

3          I hereby certify that on April 20, 2023, I electronically transmitted the foregoing

4    document to the U.S. District Court Clerk's Office using the CM/ECF System for filing and

5    transmitted a copy by Electronic Mail to the following:

6

7    Zhoie Perez
     14926 Templar Drive
8    La Mirada, CA 90638
     Phone: (657) 239-6005
9

10

     By:   */s/Cassini Quarles*
11           Cassini Quarles

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

NOTICE OF APPEARANCE