# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Zhoie Perez, | | CASE NUMBER: |
| | PLAINTIFF(S) | CV22-08227-SVW(AS) |
| v. | | |
| City of Los Angeles, et al. | | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| | DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| April 20, 2023 | 54 & 55 | Motion to Dismiss Case |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

- The hearing on the Motion to Dismiss set for June 5, 2023 at 1:30 p.m. before District Judge Stephen V. Wilson is hereby VACATED.

- Magistrate Judge Sagar will set a new hearing date if she decides an oral argument would be helpful.

Dated: April 21, 2023                    By:    / s / Sagar
                                                Honorable Alka Sagar
                                                United States Magistrate Judge