UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 22-08227-SVW (AS) | Date | April 21, 2023 |
|---|---|---|---|
| Title | *Zhoie Perez v. City of Los Angeles, et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**     **ORDER REQUIRING RESPONSES TO MOTIONS TO DISMISS (Dkt. Nos. 54-55)**

On March 28, 2023, Plaintiff Zhoie Perez, a California resident proceeding pro se, filed a First Amended Complaint pursuant to 42 U.S.C. Section 1983, (Dkt. No. 37), in compliance with the Court's Order granting Plaintiff's motion to amend her Complaint. (See Dkt. No. 35). On April 20, 2023, Defendant The Archdiocese of Los Angeles Risk Management Corporation and Defendant Leszek Semik each filed a motion to dismiss the First Amended Complaint. (Dkt. Nos. 54-55). **Plaintiff is ORDERED to file a Response to each motion to dismiss no later than May 22, 2023.** Defendants may each file an optional reply no later than fourteen days after the filing of Plaintiff's responsive pleading. The Court will take the motion under submission upon the filing of Defendants' Replies or on the day after each reply is due.

Plaintiff is warned that her failure to timely file an Opposition or statement of no opposition may be deemed as consent to the granting of the motions. See Local Rule 7-12.

**IT IS SO ORDERED.**

cc:     Stephen V. Wilson
         United States District Judge

                                                                                    0    :    00
Initials of Preparer    AF