# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHOIE PEREZ, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CALUDE JABSI; and JOHN DOE 1-5,<br><br>        Defendants. | CASE NO.  CV22-08227-SVW (AS)<br>*Hon. Stephen V. Wilson, Courtroom 10A*<br>*Mag. Judge Alka Sagar*<br><br>**ORDER RE STIPULATION OF DISMISSAL OF STATE LAW CLAIMS AGAINST OFFICER RIOS, OFFICER WALKER, AND THE CITY OF LOS ANGELES (CLAIMS 1-3)** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the state law claims against Defendants **OFFICER RIOS, OFFICER WALKER, and THE CITY OF LOS ANGELES** are hereby dismissed, *with prejudice*, specifically Count 1: a violation of the "Ralph Civil Rights Act"; Count 2: a violation of the "Bane Civil Rights Act", and Count 3: "False Imprisonment."

   This dismissal does not constitute an adjudication on the merits.

   ***IT IS SO ORDERED.***

Dated: April 26, 2023

                                                **HON. STEPHEN V. WILSON**
                                                Judge of the United States District Court