FILED

2023 MAY -8 PM 12: 48

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

**ZHOIE PEREZ**
**14926 TEMPLAR DRIVE**
**LA MIRADA, CA 90638**
**657-239-6005**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ZHOIE PEREZ

Plaintiff,

vs.

CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI, NAVIA BRITO, LESZEK SEMIK, THE ARCHDIOCESE OF LOS ANGELES RISK MANAGEMENT CORP., AND JOHN DOE 1-2

Defendants

Case No.: **2:22-CV-08227-SVW-(AS)**

**PLAINTIFF RESPONSE TO ARCHDIOCESE OF LOS ANGELES RISK MANAGEMENT CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

## MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

In my opinion this complaint absolutely belongs in a civil court, simply because the Church and it's employees lied to the police about the Plaintiff, it is clearly documented on LAPD Body Worn Camera footage as well as clearly documented on the LAPD police report which I have included and highlighted in this response as "Exhibit 1".

This injustice happened in the County of Los Angeles which falls under this Courts jurisdiction as well as the claims being Civil Rights violations. To be specific, the First and Fourth Amendment rights were clearly

violated as a result of the lies told by these Defendants. Therefore it is my belief this complaint should stand and these Defendants be held accountable for their actions.

## II. STATEMENT OF FACTS

The Archdiocese and its employees absolutely were the catalyst for the Plaintiff's Civil Rights being violated. Again, LAPD's Body Worn Footage as well as the LAPD police report show without a doubt, these Defendants clearly violated the Plaintiffs Civil Rights.

## III. LEGAL ARGUMENT

Regarding the Defendants reference of *United Food & Commercial Workers Union, Local 919, AFL-CIO v Center Mark Prop. Meriden Square, Inc.,* this case in my opinion holds no weight in regard to this complaint as the Plaintiff has no quarrel about being on the private property of the church. The Plaintiff was NEVER on the church property and this complaint is not about the use of the church property. The Plaintiff was always on public property at all times.

The Defendants cite *Warren v Fox Family Worldwide, Inc.,* this case in my opinion has no value as this case is about copyrighted music and the jurisdiction the Court may or may not have on this type of case. The case before this Court is a Violation of the Constitution (first and Fourth Amendment violations) and this court absolutely has jurisdiction in matters like this. The Defendants also reference *Kokkonen v Guardian Life Ins. Co. of Am.,* which is about a settlement

issue. The Plaintiff has not entered into an out of court settlement with the Defendants, so I am unclear about the relevance of this case law being used as a defense to the misdeeds the Defendants are alleged to have committed. As the Plaintiff is seeking justice for her Constitutional Rights being violated by all Defendants, this is the proper place for this complaint in my opinion.

Even if the Court rules that the State Claims cannot or should not be heard in this venue, the two Constitutional Violation Claims should absolutely be heard as all Defendants participated in violating said rights. "Exhibit 1" again, clearly shows the causes that led up to the Plaintiffs Rights being violated. If the Defendants had not lied then the Plaintiffs rights would be intact, but since the Defendants falsely and maliciously lied to the police, that was the direct result of the Plaintiffs rights being violated. Again the Defendants here in this motion were the catalyst in the Plaintiffs rights being violated and should be held to account.

The Defendants state that the Plaintiff has not stated how they violated her First Amendment rights, by lying to the police and having the Plaintiff arrested stopped the Plaintiff from enjoying her Rights as an Army veteran and a citizen of this great Nation. Lying to the police resulted in the Plaintiff being arrested and thus no longer having the ability to practice her right as a journalist.

**B. Plaintiff's Complaint Fails To State A Claim for Relief Against The Archdiocese.**

Unlike these Plaintiffs in that case referenced by the Defendat (*Smilecare Dental Group v. 'Delta Dental Plan of California, Inc.).* I am not conducting a "fishing expedition" as alleged in the case law mentioned by the Defendants. I have concrete proof provided by the Los Angeles Police Department that these Defendants absolutely aided in violating my Civil Rights as seen in "Exhibit 1".

There are several cases where private companies and non-governmental actors have been held to account for their co-conspiring with government actors to violate a persons Constitutional Rights as the Plaintiff has alleged in this complaint. *Wickershaw v. City of Columbia, Forbes v. City of New York and Burton v. Wilmington Parking Authority*. Through the evidence of the LAPD police report and Body Worn Camera Footage as well as the Plaintiff's own video footage can prove beyond a shadow of a doubt that these Defendants all conspired to violate the Plaintiff's Constitutional Rights.

Because all the Defendants conspired together to violate the Plaintiff's Constitutional Rights, all the Defendants should be held to account for these wrongdoings.

## IV. CONCLUSION

Because the Plaintiff can prove that all Defendants acted as co-conspirators in the violating of her Constitutional Rights, these Defendants should be held to account. Even if the State Claims were to be dismissed, the Constitutional claims should be able to move forward. It would be a grave injustice to allow anyone to violate the rights of any citizen let alone one that served this country to protect those Constitutional Rights. These allegations are factual and are backed by LAPD's own evidence, some of which is attached to this response. Thank you for your consideration.

***"When a private entity has acted jointly and intentionally with the police pursuant to a customary plan, it is proper to hold that entity accountable for the actions which it helped bring about."*** Eighth Circuit Court

Dated May 1, 2023

**ZHOIE PEREZ**

# EXHIBIT

# 1

Page 1 of 4 03.01.00 (05/17)

**Los Angeles Police Department**
**INVESTIGATIVE REPORT**

UCR CODE / CC: 230 — [ ] COMBINED EVID. REPORT — [ ] MULTIPLE DRS ON THIS REPORT

REPORT OF: ADW W/ VEH — INVEST DIV. / INC #: PAC 201213000115 — DR: 421568

TRANSIT SERVICES BUREAU / SECURITY SERVICES DIV / CTSOB MAJOR CRIMES / SHOTS FIRED / USE OF FORCE / NARCOTICS - STOLEN - GND / GND/GIT / FIREARM STOLEN/LOST - DSVD & R&I CRIME PROPERTY TT SUPVR / CHILD ABUSE JUVENILE DIV / EXTRA COPIES

## CASE SCREENING FACTOR(S)

- [ ] SUSPECT/VEHICLE NOT SEEN
- [x] PRINTS OR OTHER EVIDENCE NOT PRESENT
- [x] MO NOT DISTINCT
- [x] PROPERTY LOSS LESS THAN $5,000
- [x] NO SERIOUS INJURY TO VICTIM
- [ ] ONLY ONE VICTIM INVOLVED

**VICTIM**

| LAST NAME, FIRST, MIDDLE (OR NAME OF BUSINESS) | SEX | DESC | HT | WT | AGE | DOB |
|---|---|---|---|---|---|---|
| PEREZ, CHOIE | F | B | 600 | 195 | 47 | 12-25-73 |

ADDRESS: R - 14926 TEMPLAR DR — B - LA MIRADA 90638 — ZIP — PHONE —

E-MAIL ADDRESS — CELL PHONE 657-239-6005

**PREMISES** (SPECIFIC TYPE) [ ] ATM: CHURCH PARKING LOT ENTRANCE

DR. LIC. NO. (IF NONE, OTHER ID & NO.): A4072083 — FOREIGN LANGUAGE SPOKEN: — — OCCUPATION: VIDEOGRAPHER

**ENTRY** 459/BFV POINT OF ENTRY — POINT OF EXIT
[ ] FRONT [ ] REAR [ ] SIDE [ ] ROOF [ ] FLOOR [ ] OTHER — METHOD — INSTRUMENT/TOOL USED

LOCATION OF OCCURRENCE: 7390 W. MANCHESTER BL — SAME AS V'S [ ] RES. [ ] BUS. — R.D. 1483 — PRINTS BY PREL. INV. ATTEMPT [ ] Y OBTAINED [ ] Y N

DATE & TIME OF OCCURRENCE: 12-13-20 0905 HRS — DATE & TIME REPORTED TO PD: 12-13-20 0935

TYPE PROPERTY STOLEN/LOST/DAMAGED [ ] 03.04.00 GIVEN: — — STOLEN/LOST: $ Ø — RECOVERED: $ Ø — EST. DAMAGED ARSON/VAND.: $ Ø

**VICT'S VEH** (IF INVOLVED) YEAR, MAKE, TYPE, COLOR, LIC. NO.: — — NOTIFICATION(S) (PERSON & DIVISION) — CONNECTED REPORT(S) (TYPE & DR #)

**MO** IF LONG FORM, LIST UNIQUE ACTIONS. IF SHORT FORM, DESCRIBE SUSPECT'S ACTIONS IN BRIEF PHRASES, INCLUDING WEAPON USED. DO NOT REPEAT ABOVE INFO BUT CLARIFY REPORT AS NECESSARY. IF ANY OF THE MISSING ITEMS ARE POTENTIALLY IDENTIFIABLE, ITEMIZE AND DESCRIBE ALL ITEMS MISSING IN THIS INCIDENT IN THE NARRATIVE.

VICT & SUSPECT ENGAGED IN VERBAL DISPUTE OVER FILMING. SUSP SLAPPED VICT'S CAMERA KNOCKING PIECE OFF. SUSP RETURNED TO HIS VEH & DROVE VEH TOWARDS VICT. VICT MOVED OUT OF THE WAY.

TRANSIT-RELATED INCIDENT [ ] — MANDATORY MARSY'S RIGHTS CARD PROVIDED TO THE VICTIM [x] — MOTIVATED BY HATRED/PREJUDICE [ ] — DOMESTIC VIOLENCE [ ]

**REPORTING EMPLOYEE(S)**

| INITIAL, LAST NAME | SERIAL NO. | DIV/DETAIL |
|---|---|---|
| RIOS, E | 38963 | PAC |
| WALKER, C | 34956 | 14A25 |

PERSON REPORTING — SIGNATURE — [ ] RECEIVED BY PHONE
NOTE: IF SHORT FORM AND VICTIM, PR AND NOT THE SAME, ENTER PR INFORMATION IN INVOLVED PERSONS SECTION.

*Complete below sections if any CASE SCREENING FACTOR(S) boxes are not checked.*

SUSP'S VEHICLE: YEAR 2015 — MAKE LAND ROVER — MODEL — TYPE 4DR — COLOR(S) BLK — LIC. [redacted] — STATE CA

INTERIOR: COLOR: — [ ] 1 BUCKET SEATS [ ] 2 DAMAGED INSIDE

EXTERIOR: [ ] 1 CUSTOM WHEELS [ ] 2 PAINTED INSCRIPT [ ] 3 LEVEL ALTERED [ ] 4 RUS/PRIMER [ ] 5 CUSTOM PAINT [ ] 6 VINYL TOP

BODY: [ ] 1 DAMAGE [ ] 2 MODIFIED [ ] 3 STICKER [ ] 4 LEFT [ ] 5 FRONT [ ] 7 REAR

WINDOWS: 1 DAMAGE 2 CUST. 3 CURTAINS 4 LEFT [ ] 5 RIGHT [ ] 6 FRONT [ ] 7 REAR

S-1: SEX / DESC / HAIR / EYES / HEIGHT / WEIGHT / AGE [redacted] — CLOTHING — NAME, ADDRESS, DOB, IF KNOWN; NAME, BKG. NO., CHARGE IF ARRESTED: JABSI, CLAUDE GEORGES [redacted]

PERSONAL ODDITIES (UNUSUAL FEATURES, SCARS, TATTOOS, ETC.) — — WEAPON (VERBAL THREATS, BODILY FORCE, SIMULATED GUN, ETC. IF KNIFE OR GUN, DESCRIBE FULLY.): VEHICLE

S-2: SEX — DESC — HAIR — EYES — HEIGHT — WEIGHT — AGE — CLOTHING — NAME, ADDRESS, DOB, IF KNOWN; NAME, BKG. NO., CHARGE, IF ARRESTED.

PERSONAL ODDITIES (UNUSUAL FEATURES, SCARS, TATTOOS, ETC.) — WEAPON (VERBAL THREATS, BODILY FORCE, SIMULATED GUN, ETC. IF KNIFE OR GUN, DESCRIBE FULLY.)

**INVOLVED PERSON(S)** W - WITNESS; R - PERSON RPTG.; S - PERSON SECURING (459); D - PERSON DISCOVERING (459); P - PARENT; CP - CONTACT PERSON (DOMESTIC VIOLENCE)

| | NAME | SEX | DESC | DOB | ADDRESS | CITY | ZIP | PHONE |
|---|---|---|---|---|---|---|---|---|
| W1 | [illegible], ERICK C | M | WHT | [redacted] | R [redacted] | | | — |
| W2 | JOHANESIAN, BLAKE | M | OTH | [redacted] | R [redacted] | | | — |
| | — | | | | R - | | | |

DR. LIC. NO. (IF NONE, LIST OTHER ID & NO.) [redacted] — FOREIGN LANGUAGE SPOKEN — — B - — E-MAIL ADDRESS — — CELL [redacted]

COMBINED EVID. RPT. — USE THIS SECTION IN LIEU OF PROPERTY REPORT IF NO GUN AND NO MORE THAN THREE ITEMS OF EVIDENCE. — LOC. EVID. BKD. PAC — 10.10.00 GIVEN? [x] Y [ ] N — Preliminary Drug Test — SUPV./INV. OFCR TESTING SERIAL NO. — WITNESS OFCR. — SERIAL NO.

| ITEM | QUAN. | ARTICLE | SERIAL NO./TYPE TEST OF DRUG | BRAND/DRUG WEIGHT UNITS | MODEL NO./DRUG TEST RESULT | MISC. |
|---|---|---|---|---|---|---|
| 1 | 1 | SD MEMORY CARD | — | SANDISK | MICRO SD | BLUE "ALTAR OF CINEMA 2020-09-11" |
| 2 | 1 | FOLDING KNIFE | BCR13.MOV | KERSHAW | G+G HAWK | 3" BLADE W/ HANDLE & TOOLS ATTACH |
| 3 | 2 | PEPPER SPRAY | — | SABRE | MAX PEPPER GEL | 4" 1.5 OZ CONTAINER |

NARRATIVE: USE THE FOLLOWING HEADINGS TO DOCUMENT ALL INFORMATION REGARDING THE INVESTIGATION: ADDITIONAL PERSONS INVOLVED; SOURCE OF ACTIVITY; INVESTIGATION; ARREST; INJURY/MEDICAL TREATMENT; PHOTOS; RECORDINGS, VIDEOS, DICV, BWV, AND DIGITAL IMAGING; BOOKING; EVIDENCE; CANVASSING; ADDITIONAL COLLISION SUMMARY; PROPERTY STOLEN/LOST/DAMAGED; AND COURT INFORMATION. NOTE: ANY OF THESE HEADINGS MAY BE OMITTED IF NOT APPLICABLE. SEE GENERAL REPORTING INSTRUCTIONS- FIELD NOTEBOOK DIVIDER, FORM 15.20 / INVESTIGATIVE REPORT-FIELD NOTEBOOK DIVIDER, FORM 10.30.01 FOR FURTHER INFO.

VICTIM INDEMNIFICATION INFORMATION IF APPLICABLE — IS ANY OF THE VICTIM'S PROPERTY MARKED WITH AN OWNER APPLIED IDENTIFICATION NUMBER? IF YES, EXPLAIN IN NARRATIVE. [ ] YES [ ] NO

APPROVAL AND REVIEW — SUPERVISOR APPROVING — SERIAL NO. — DIVISION — DETECTIVE SUPERVISOR REVIEWING — SERIAL NO. — CLERK — ENTERED/CODED — N3714-PAC- DEC 13 2020

DEFT 1001

LOS ANGELES POLICE DEPARTMENT
**FOLLOW-UP INVESTIGATION**

CORONER CASE NUMBER | ☐ MULTIPLE

| DATE THIS REPORT | DATE ORIGINAL RPT. | SPECIFIC TYPE OF ORIGINAL RPT. (ADW, TFV, EVID., ARREST/BURG., ETC.) | RD | DR NO. |
|---|---|---|---|---|
| 2/27/2021 | 12/13/2020 | SEE BELOW | 1483 | 20-1421568 |

| VICTIM BOOKED TO / ARRESTEE (AS ON ORIGINAL REPORT) | IF RECLASSIFYING TO HOMICIDE SEX / DESCENT / AGE | BKG NO. (SUPPL. TO ARREST) | WORK FOLDER PERIOD ORIG. RPT / INDEX NO. |
|---|---|---|---|
| Multiple | VICT'S | | 2012 14R02 002 |

CASE STATUS 1 ☐ CLEARED BY ARREST 2 ☐ CLEARED OTHER 3 ☐ REPORT UNFOUNDED 4 ☒ INVESTIGATION CONTINUED

Use this section only to add or correct info - do not repeat info from previous reports. Exception: Complete entire suspect info if making final disposition.

| DATE OCCURRED | CHANGE TO - ON OR BETWEEN MO DAY YEAR TIME | & MO DAY YEAR TIME | TYPE ORIGINAL REPORT - CHANGE TO | RD- CHG. TO | DR NO. CHG. TO | INV DIV CHG TO |
|---|---|---|---|---|---|---|
| | | | | | | |

| PROPERTY VALUE: | ADDITIONAL LOSS | PARTIAL RECOVERY | TOTAL RECOVERY | DELETED FROM ORIG. RPT. | DESCRIPTION CHANGE ☐ | ITEM NOS. RECOVERED/DELETED (ON MULTI. RPTS. USE NARRATIVE) |
|---|---|---|---|---|---|---|
| | | | | | | |

| S- | SEX | DESC | HAIR | EYES | HEIGHT | WEIGHT | DOB | AGE | NAME & ADDRESS (OR NAME & CHARGE, IF ARRESTED) / ACTION TAKEN | ☐ MNU# ☐ CII# ☐ BKG# |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | Jabsi, Claude Georges / ACTION TAKEN: IC | ☐ MNU# ☒ CII# ☐ BKG# |
| 2 | F | B | BLK | BRO | 600 | 175 | 2/25/1973 | 48 | Perez, Zhoie / ACTION TAKEN: IC | ☐ MNU# ☒ CII# ☐ BKG# A09773100 |
| 3 | | | | | | | | | ACTION TAKEN | ☐ MNU# ☐ CII# ☐ BKG# |

NARRATIVE (USE BELOW COLUMNS FOR MULTIPLE REPORTS ONLY)

| P/T/D | MULTIPLE RPT. DR NOS. | TYPE OF CRIME | RD | VICTIM'S NAME | DATE ORIG. RPT. | VALUE |
|---|---|---|---|---|---|---|

## CROSS-COMPLAINT

**Investigation Continued:**

| | | | | |
|---|---|---|---|---|
| 1. DR#2014-21568 | ADW W/ a vehicle | 1483 | Perez, Zhoie | 12/13/20 |
| 2. DR#2014-21569 | Criminal Threats | 1483 | Brito, Nivia | 12/13/20 |
| 3. DR#2014-21570 | Criminal Threats | 1483 | Semik, Leszek | 12/13/20 |
| 4. DR#2014-21571 | Criminal Threats | 1483 | Jabsi, Claude | 12/13/20 |

**Crime Summary DR#2014-21568:**

The victim, Zhoie Perez, was videotaping (from a public access sidewalk) individuals as they arrived at the St Anastasia Catholic Church parking lot. The suspect, Claude Jabsi, stopped his vehicle, exited, and confronted Perez regarding the filming of his vehicle's license plate and VIN number. After a brief argument, Jabsi left and parked his vehicle. Several minutes later, he returned driving his vehicle at Perez. He struck her with his vehicle causing her to fall to the ground.

**Crime Summary DR#2014-21569-71:**

The suspect, Zhoie Perez, was asked to leave the area and stop recording persons driving into the parking lot. During an argument with several individuals that included victims Brito, Semik, and Jabsi, Perez stated, "I'm going to kill you". At the time that she made her statement, Perez was holding a knife in her hand.

**Follow-up Investigation:**

On December 12, 2020, I, Detective Gomez, Serial No. 36673, was telephonically contacted regarding the incident and advised that Perez was in custody. I was also advised that Perez has an active YOUTUBE channel, under the name of "Furry Potato", and had already uploaded a video of the incident as it was being livestreamed while she had been filming. I responded to Pacific Station and assumed investigative responsibility of this case. I discovered that Perez, aka Steven Perez, is a YOUTUBE 1st amendment auditor. **INVESTIGATOR'S NOTE: They commonly provoke police or others near sensitive locations who might challenge their right to assemble or film in a public space. The videos of these interactions are uploaded for views.**

WAS PROPERTY BOOKED IN CONJUNCTION WITH THIS REPORT OR INCIDENT? ☐ NO ☒ YES IF YES, HAS 10.06.00 BEEN COMPLETED? ☒ NO ☐ YES

| SUPERVISOR APPROVING | SERIAL NO. | REPORTING OFFICER(S) | SERIAL NO. | DIVISION |
|---|---|---|---|---|
| D-II Junco A | 30238 | GOMEZ, A | 36673 | PAC/DET |
| DATE & TIME REPRODUCED N2783-PAC- | DIVISION APR 2 3 2021 | CLERK / REPORTING OFFICER(S) | SERIAL NO. | DIVISION |

# PROOF OF SERVICE

I, Darlie Brewster declare as follows:

At the time of service I was over the age of 18 and not a party to this action. I live in Los Angeles which is in the County, City and State where this mailing occurred.

On May 8, 2023, I served the foregoing documents described as **PLAINTIFFS RESPONSE TO ARCHDIOCESE OF LOS ANGELES' MOTION TO DISMISS,** on all interested parties in this action as follows:

**DEFENDANT IN PRO SE**
Claude Jabsi
8501 Pershing Drive Unit 4
Playa Del Rey, CA 90293
Ph: (323) 630-6303

**CITY OF LOS ANGELES**
**OFFICER RIOS**
**OFFICER WALKER**

200 North Main Street
6th Floor City Hall East
Los Angeles, CA 90012

[X] BY MAIL
[X] I am readily familiar with the business practice for the collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit.

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on this day 8TH day of May, 2023 at Los Angeles California.

DARLIE BREWSTER

# PROOF OF SERVICE

I, Darlie Brewster declare as follows:

At the time of service I was over the age of 18 and not a party to this action. I live in Los Angeles which is in the County, City and State where this mailing occurred.

On May 8, 2023, I served the foregoing documents described as **PLAINTIFFS RESPONSE TO ARCHDIOCESE OF LOS ANGELES' MOTION TO DISMISS,** on all interested parties in this action as follows:

**DEFENDANT IN PRO SE**
Claude Jabsi
8501 Pershing Drive Unit 4
Playa Del Rey, CA 90293
Ph: (323) 630-6303

**CITY OF LOS ANGELES**
**OFFICER RIOS**
**OFFICER WALKER**

200 North Main Street
6th Floor City Hall East
Los Angeles, CA 90012

[X] BY MAIL
[X] I am readily familiar with the business practice for the collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit.

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on this day 8TH day of May, 2023 at Los Angeles California.

DARLIE BREWSTER

# PROOF OF SERVICE

I, Darlie Brewster declare as follows:

At the time of service I was over the age of 18 and not a party to this action. I live in Los Angeles which is in the County, City and State where this mailing occurred.

On MAY 8, 2023, I served the foregoing documents described as **PLAINTIFFS RESPONSE TO ARCHDIOCESE MOTION TO DISMISS COMPLAINT,** on all interested parties in this action as follows:

**DEFENDANT IN PRO SE**
NAVIA BRITO
10609 FIRMONA AVE.
INGLEWOOD, CA 90304

**THE ARCHDIOCESE OF LOS ANGELES RISK MANAGEMENT CORPORATION, LESZEK SEMIK**

401 WILSHIRE BLVD
#300
SANTA MONICA CA 90401

[X] BY MAIL
[X] I am readily familiar with the business practice for the collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit.

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on this day 8TH day of May, 2023 at Los Angeles California.

DARLIE BREWSTER

# PROOF OF SERVICE

I, Darlie Brewster declare as follows:

At the time of service I was over the age of 18 and not a party to this action. I live in Los Angeles which is in the County, City and State where this mailing occurred.

On MAY 8, 2023, I served the foregoing documents described as **PLAINTIFFS RESPONSE TO ARCHDIOCESE MOTION TO DISMISS COMPLAINT,** on all interested parties in this action as follows:

**DEFENDANT IN PRO SE**
NAVIA BRITO
10609 FIRMONA AVE.
INGLEWOOD, CA 90304

**THE ARCHDIOCESE OF LOS ANGELES RISK MANAGEMENT CORPORATION, LESZEK SEMIK**

401 WILSHIRE BLVD
#300
SANTA MONICA CA 90401

[X] BY MAIL
[X] I am readily familiar with the business practice for the collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit.

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on this day 8TH day of May, 2023 at Los Angeles California.

DARLIE BREWSTER