ZHOIE PEREZ
14926 TEMPLAR DRIVE
LA MIRADA, CA 90638
657-239-6005

FILED
2023 MAY -8 PM 12:48
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHOIE PEREZ<br>    Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI, NAVIA BRITO, LESZEK SEMIK, THE ARCHDIOCESE OF LOS ANGELES RISK MANAGEMENT CORPORATION AND JOHN DOE 1-2<br><br>    Defendant | Case No.: CV22-08227-SVW (AS)<br><br>PLAINTIFF ZHOIE PEREZ' RESPONSE FOR REQUEST FOR PRODUCTION OF DCUMENTS BY COUNSEL FOR CITY OF LOS ANGELES, OFFICER RIOS AND OFFICER WALKER |

1. Plaintiff ZHOIE PEREZ Has met and conferred with the City of Los Angeles attorney Emily Cohen on this matter. Emily Cohen was told by the Plaintiff that no documents in the possession of the Plaintiff and should the Plaintiff attain any new documents requested, that they would be promptly submitted to the Court as well as all Defendants in this matter.

April 26, 2023

_____
ZHOIE PEREZ
Plaintiff in *pro se*

PLAINTIFF ZHOIE PEREZ' RESPONSE FOR REQUESTFOR PRODUCTION OFDCUMENTS BY COUNSELFOR CITY OF LOS ANGELES,OFFICER RIOS AND OFFICERWALKER - 1

# PROOF OF SERVICE

I, Darlie Brewster declare as follows:

At the time of service I was over the age of 18 and not a party to this action. I live in Los Angeles which is in the County, City and State where this mailing occurred.

On MAY 8, 2023, I served the foregoing documents described as **PLAINTIFFS RESPONSE FOR REQUEST FOR PRODUCTION OF DOCUMENTS,** on all interested parties in this action as follows:

**DEFENDANT IN PRO SE**
NAVIA BRITO
10609 FIRMONA AVE.
INGLEWOOD, CA 90304

**THE ARCHDIOCESE OF LOS ANGELES RISK MANAGEMENT CORPORATION**, LESZEK SEMIK
401 WILSHIRE BLVD
#300
SANTA MONICA CA 90401

[X]   BY MAIL
[X]   I am readily familiar with the business practice for the collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit.

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on this day 8TH day of May, 2023 at Los Angeles California.

DARLIE BREWSTER

# PROOF OF SERVICE

I, Darlie Brewster declare as follows:

At the time of service I was over the age of 18 and not a party to this action. I live in Los Angeles which is in the County, City and State where this mailing occurred.

On MAY 8, 2023, I served the foregoing documents described as **PLAINTIFFS RESPONSE FOR REQUEST FOR PRODUCTION OF DOCUMENTS,** on all interested parties in this action as follows:

**DEFENDANT IN PRO SE**
Claude Jabsi
8501 Pershing Drive Unit 4
Playa Del Rey, CA 90293
Ph: (323) 630-6303

**CITY OF LOS ANGELES**
**OFFICER RIOS**
**OFFICER WALKER**

200 North Main Street
6th Floor City Hall East
Los Angeles, CA 90012

[X]   BY MAIL
[X]   I am readily familiar with the business practice for the collection and processing of correspondence for mailing.  Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit.

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on this day 8TH day of May, 2023 at Los Angeles California.

*/s/ DARLIE BREWSTER*

# PROOF OF SERVICE

I, Darlie Brewster declare as follows:

At the time of service I was over the age of 18 and not a party to this action. I live in Los Angeles which is in the County, City and State where this mailing occurred.

On MAY 8, 2023, I served the foregoing documents described as **PLAINTIFFS RESPONSE FOR REQUEST FOR PRODUCTION OF DOCUMENTS,** on all interested parties in this action as follows:

**DEFENDANT IN PRO SE**
Claude Jabsi
8501 Pershing Drive Unit 4
Playa Del Rey, CA 90293
Ph: (323) 630-6303

**CITY OF LOS ANGELES**
**OFFICER RIOS**
**OFFICER WALKER**

200 North Main Street
6th Floor City Hall East
Los Angeles, CA 90012

[X]  BY MAIL
[X]  I am readily familiar with the business practice for the collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit.

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on this day 8TH day of May, 2023 at Los Angeles California.

_____
DARLIE BREWSTER

# PROOF OF SERVICE

I, Darlie Brewster declare as follows:

At the time of service I was over the age of 18 and not a party to this action. I live in Los Angeles which is in the County, City and State where this mailing occurred.

On MAY 8, 2023, I served the foregoing documents described as **PLAINTIFFS RESPONSE FOR REQUEST FOR PRODUCTION OF DOCUMENTS,** on all interested parties in this action as follows:

**DEFENDANT IN PRO SE**
Claude Jabsi
8501 Pershing Drive Unit 4
Playa Del Rey, CA 90293
Ph: (323) 630-6303

**CITY OF LOS ANGELES**
**OFFICER RIOS**
**OFFICER WALKER**

200 North Main Street
6th Floor City Hall East
Los Angeles, CA 90012

[X]  BY MAIL
[X]  I am readily familiar with the business practice for the collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit.

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on this day 8TH day of May, 2023 at Los Angeles California.

*DARLIE BREWSTER*