# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zhoie Perez, <br><br> PETITIONER, <br><br> v. <br><br> City of Los Angeles, et al. <br><br> RESPONDENT. | CASE NUMBER <br><br> CV22-08227-SVW (AS) <br><br><br> **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below were improperly filed for the following reason(s)

Pursuant to Local Rule 26-2, no filing of discovery documents permitted unless there is a pending proceeding in which documents or proof of service is at issue. Discovery documents, requests/responses/interrogatories should be sent to the Defendants directly. The Court does not need copies.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Plaintiff's Response for Request for Production of Documents (Docket No. 63) | May 8, 2023 |
| Subpoena in a Civil Case Returned Executed (Docket No. 64) | May 8, 2023 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

| | |
|---|---|
| May 10, 2023 <br> Date | / s / Alka Sagar <br> Honorable Alka Sagar <br> United States Magistrate Judge |

CV-80 (12/95)   **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD**