UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-8227 SVW (AS) | Date | July 20, 2023 |
|---|---|---|---|
| Title | Zhoie Perez v. City of Los Angeles, et al. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| N/A | N/A |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

On November 10, 2022, Plaintiff paid the filing fee and filed a Complaint raising federal and state law claims against the City of Los Angeles and Los Angeles Police Department Officers Rios and Walker (collectively "City Defendants") as well as Claude Jabsi and John Does 1-5. (Docket ("Dkt.") No. 1). That same day, a Summons was issued. (Dkt. No. 3).

On March 28, 2023, Plaintiff filed a First Amended Complaint ("FAC") raising federal and state law claims against the City Defendants, Jabsi, Navia Brito, Leszek Semik, the Archdiocese of Los Angeles Risk Management Corporation ("Archdiocese") and John Does 1-2. (Dkt. No. 37). On March 29, 2023, a Summons was issued. (Dkt. No. 41).

Rule 4(m) of the Federal Rules of Civil Procedure provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the Court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

Plaintiff has submitted proofs of service indicating she has served the City Defendants, Jabsi, the Archdiocese and Semik. (Dkt. Nos. 10-13, 44-47). However, even though more than ninety days has elapsed since Plaintiff filed the FAC and a Summons was issued, Plaintiff has failed to file a proof of service form reflecting that Brito been served.

IT IS THEREFORE ORDERED, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 41-1, that within fourteen (14) days of the date of this Order, Plaintiff shall show cause, if there be any, why service was not timely made on Brito, and why this case should not be dismissed against Brito without prejudice for failure to effectuate service and for lack of prosecution. Failure to timely file a written

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-8227 SVW (AS) | Date | July 20, 2023 |
|---|---|---|---|
| Title | Zhoie Perez v. City of Los Angeles, et al. | | |

response to this Order may result in dismissal of this action against Brito for failure to effect service of process within the time specified by Rule 4(m) of the Federal Rules of Civil Procedure, for failure to prosecute, and/or for failure to obey a court order.

**IT IS SO ORDERED.**

0 : 00

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-8227 SVW (AS) | Date | July 20, 2023 |
|---|---|---|---|
| Title | Zhoie Perez v. City of Los Angeles, et al. | | |

Initials of Preparer     AF