UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-8227 SVW (AS) | Date | July 24, 2023 |
|---|---|---|---|
| Title | Zhoie Perez v. City of Los Angeles, et al. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| N/A | | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER REQUIRING RESPONSE TO MOTION TO COMPEL (Dkt. No. 69)**

On June 12, 2023, Plaintiff filed a declaration stating that on January 6, 2023, she served a Request for Production of Documents ("Request") on the City of Los Angeles ("City"). (Docket ("Dkt.") No. 70, Declaration of Zhoie Perez ("Perez Decl.") ¶ 8). The Request sought: (1) "All body-worn camera footage from officer Rios (Badge #16793) and Officer Walker (Badge #17769) related to the incident on December 13, 2020, involving Plaintiff Zhoie Perez"; (2) "The police and or incident report for the above-mentioned incident including any police and or incident report taken related to any vehicle collision involving 'Zhoie Perez' on the date of the incident"; and (3) "Any and all documents, including but not limited to internal emails and memos related to or mentioning 'Zhoie Perez' or the YouTube channel 'Furry Potato' between December 1, 2020, and January 1, 2023." (Perez Decl., ¶ 8). The City responded to Plaintiff's Request on January 20, 2023, and "complied with request number two in its entirety by providing police and incident reports related to the incident." (Perez Decl., ¶¶ 9-10 & Exh. A). However, Plaintiff asserts that the City has not sufficiently responded to Request Nos. 1 and 3. (Perez Decl., ¶¶ 11-12).

On March 14, 2023, Plaintiff filed a Motion to Compel further responses to Request Nos. 1 and 3, and the City filed an Opposition to the Motion to Compel on March 30, 2023. (Dkt. Nos. 33, 42). However, on April 20, 2023, the Court vacated the Motion to Compel pursuant to the parties' stipulation. (Dkt. Nos. 49-50).

On June 12, 2023, Plaintiff filed a new Motion to Compel ("Motion") seeking further responses to Request Nos. 1 and 3. (Dkt. No. 69). The City has not timely responded to the Motion. (See Dkt. No. 15 (oppositions to discovery motions "must be filed within 21 days from service of the motion")). Accordingly, the City is ORDERED to file a response to the Motion by no later than August 3, 2023. Plaintiff may file an optional reply in support of her Motion no later than fourteen (14) days after the filing of the City's response. The Court will take the motions under submission upon the filing of Plaintiff's reply or on the day the reply is due.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-8227 SVW (AS) | Date | July 24, 2023 |
|---|---|---|---|
| Title | Zhoie Perez v. City of Los Angeles, et al. | | |

The City is warned that failure to timely file an opposition or statement of no opposition may be deemed as consent to the granting of the motion. See Local Rule 7-12.

IT IS SO ORDERED.

|  |  | 0 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | AF | |