MATHEW R. GROSECLOSE (SBN 264680)
mgroseclose@polsinelli.com
**POLSINELLI LLP**
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:   (310) 556-1801
Facsimile:    (310) 556-1802

*Attorneys for Defendants,*
*Archdiocese of Los Angeles Risk Management Corporation and Father Leszek Semik*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHOIE PEREZ<br><br>                Plaintiff(s),<br><br>v.<br><br>CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI, NAVIA BRITO, LESZEK SEMIK, THE ARCHDIOCESE OF LOS ANGELES RISK MANAGEMENT CORP., AND JOHN DOE 1-2<br><br>                Defendant(s). | Case No. 2:22-cv-08227-SVW-(AS)<br><br>**JOINT STIPULATION REQUESTING TO AMEND THE SCHEDULING ORDER**<br><br>Department: Courtroom 10A, 10th Floor<br>Magistrate Judge: Honorable Alka Sagar<br>Judge: Honorable Stephen V. Wilson |

**TO THE HONORABLE ALKA SAGAR, UNITED STATES MAGISTRATE JUDGE:**

Pursuant to Federal Rules of Civil Procedure, Rule 16, and Civil Local Rule 16-14, Plaintiff Zhoie Perez, Defendant Claude Jabsi, Defendants City of Los Angeles, Christopher Walker and Eduardo Rios and Defendants Archdiocese of Los Angeles Risk Management Corporation and Father Leszek Semik (collectively, "the Parties"), hereby jointly stipulate and apply to this Court for an Order to modify and amend the Scheduling Order dated December 13, 2022 (Dkt. 15) entered by The Honorable Alka Sagar, United States Magistrate Judge.

JOINT STIPULATION REQUESTING TO AMEND THE SCHEDULING ORDER

90573355.1

Pursuant to FRCP 16(b)(4), good cause exists to modify and amend the Scheduling Order. On July 20, 2023, The Honorable Alka Sagar, United States Magistrate Judge submitted a Report and Recommendation to the Honorable Stephen V. Wilson, United States District Judge, regarding Defendants Archdiocese of Los Angeles Risk Management Corporation and Father Leszek Semik's Motions to Dismiss (Dkt. 72). That Report and Recommendation includes a recommendation that Plaintiff receives an opportunity to file a Second Amended Complaint.

In light of the pending Motions to Dismiss, and the potential filing of a Second Amended Complaint by Plaintiff, the case is not yet at issue. The Archdiocese and Father Leszek have not yet propounded written discovery. The Parties have yet to take the deposition of Plaintiff. Accordingly, the Parties request an amendment to the Scheduling Order to allow the Parties to complete written discovery, take depositions, and prepare all motions, once the case is at issue.

**THEREFORE,** the undersigned Parties respectfully request that the Court approve the present Stipulation as follows:

| EVENT | OLD DEADLINE (Dkt. 15) | REQUESTED NEW DEADLINE |
|---|---|---|
| Fact Discovery Cutoff | August 14, 2023 | May 14, 2024 |
| Expert Discovery Cutoff | August 14, 2023 | May 14, 2024 |
| Deadline for Filing Discovery Motions | October 16, 2023 | July 16, 2024 |
| Deadline for Filing All Other Motions (including motions for summary judgment) | November 16, 2023 | August 16, 2024 |
| Final Pretrial Conference | N/A | At the Court's convenience |
| Trial | N/A | At the Court's convenience |

A Proposed Order Amending the Scheduling Order is filed concurrently with this Stipulation.

**IT IS SO STIPULATED, THROUGH THE PARTIES AND/OR COUNSEL OF RECORD**.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: July 26, 2023 | By: _/s/ Zhoie Perez_ |
| 3 | | Plaintiff, Zhoie Perez |
| | | *Pro Se* |
| 4 | | |
| 5 | DATED: July 26, 2023 | **POLSINELLI LLP** |
| 6 | | By: _/s/ Mathew R. Groseclose_ |
| 7 | | Mathew R. Groseclose, Esq. |
| 8 | | *Attorneys for Defendants, Archdiocese of Los Angeles Risk Management Corporation and Father Leszek Semik* |
| 9 | | |
| 10 | DATED: July 26, 2023 | By: _/s/ Claude Jabsi_ |
| | | Defendant, Claude Jabsi |
| 11 | | *Pro Se* |
| 12 | | |
| 13 | DATED: July 26, 2023 | **HYDEE FELDSTEIN SOTO,** City Attorney |
| | | **SCOTT MARCUS**, Chief Assistant City |
| 14 | | **CORY M. BRENTE,** Senior Assistant City |
| 15 | | By: _/s/ Christina P. Schmidt_ |
| | | Christina P. Schmidt, Esq. |
| 16 | | *Attorneys for Defendants, City of Los Angeles, Christopher Walker and Eduardo Rios* |
| 17 | | |
| 18 | | |

### ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4, the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

                                                                               _/s/_     Mathew R. Groseclose
                                                                                 Mathew R. Groseclose, Esq.

# CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2023, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmitted a copy by Electronic Mail to the following:

Zhoie Perez
14926 Templar Drive
La Mirada, CA 90638
Phone: (657) 239-6005
*Defendant, In Pro SE*
Email: contact.zhoieperez@yahoo.com

Claude Jabsi
8501 Pershing Drive, Unit No. 4
Playa Del Rey, CA 90293
Phone: (323) 630-6303
*Defendant, In Pro SE*
Email: playaspita@gmail.com

Christina P. Schmidt
Emily S. Cohen, Deputy City Attorney
Hydee Feldstein Soto, City Attorney
Scott Marcus, Chief Assistant City Attorney
Cory M. Brente, Senior Assistant City Attorney
200 North Main Street
6th Floor, City Hall East
Los Angeles, CA 90012
Phone: (213) 978-6941; Fax: (213) 978-8785
*Defendant, City of Los Angeles, Christopher Walker and Eduardo Rios*
*Email:*christina.schmidt@lacity.org
           emily.s.cohen@lacity.org
Ingrid P. Farino: ingrid.farino@lacity.org

By:   */s/Cassini Quarles*
         Cassini Quarles

---

4
JOINT STIPULATION REQUESTING TO AMEND THE SCHEDULING ORDER

90573355.1