Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
(310) 556-1801

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ZHOIE PEREZ | Case No. 2:22-cv-08227-SVW-(AS) |
|---|---|
| Plaintiff(s), | |
| v. | **[PROPOSED] ORDER AMENDING THE SCHEDULING ORDER** |
| CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI, NAVIA BRITO, LESZEK SEMIK, THE ARCHDIOCESE OF LOS ANGELES RISK MANAGEMENT CORP., AND JOHN DOE 1-2 | |
| Defendant(s). | |

**TO ALL PARTIES AND TO COUNSEL OF RECORD:**

Before the Court is a Joint Stipulation Requesting to Amend the Scheduling Order submitted by Plaintiff Zhoie Perez, Defendant Claude Jabsi, Defendants City of Los Angeles, Christopher Walker and Eduardo Rios and Defendants Archdiocese of Los Angeles Risk Management Corporation and Father Leszek Semik (collectively, "the Parties"). Upon consideration of the Joint Stipulation, the Court finds good cause to amend the Scheduling Order as follows:

| EVENT | OLD DEADLINE (Dkt. 15) | NEW DEADLINE |
|---|---|---|
| Fact Discovery Cutoff | August 14, 2023 | May 14, 2024 |
| Expert Discovery Cutoff | August 14, 2023 | May 14, 2024 |
| Deadline for Filing Discovery Motions | October 16, 2023 | July 16, 2024 |
| Deadline for Filing All Other Motions (including motions for summary judgment) | November 16, 2023 | August 16, 2024 |
| Final Pretrial Conference | N/A | At the Court's convenience |
| Trial | N/A | At the Court's convenience |

**IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2023, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmitted a copy by Electronic Mail to the following:

Zhoie Perez
14926 Templar Drive
La Mirada, CA 90638
Phone: (657) 239-6005
*Defendant, In Pro SE*
Email: contact.zhoieperez@yahoo.com

Claude Jabsi
8501 Pershing Drive, Unit No. 4
Playa Del Rey, CA 90293
Phone: (323) 630-6303
*Defendant, In Pro SE*
Email: playaspita@gmail.com

Christina P. Schmidt
Emily S. Cohen, Deputy City Attorney
Hydee Feldstein Soto, City Attorney
Scott Marcus, Chief Assistant City Attorney
Cory M. Brente, Senior Assistant City Attorney
200 North Main Street
6th Floor, City Hall East
Los Angeles, CA 90012
Phone: (213) 978-6941; Fax: (213) 978-8785
*Defendant, City of Los Angeles, Christopher Walker and Eduardo Rios*
Email: christina.schmidt@lacity.org
        emily.s.cohen@lacity.org
Ingrid P. Farino: ingrid.farino@lacity.org


By:  */s/Cassini Quarles*
       Cassini Quarles