1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
(310) 556-1801

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ZHOIE PEREZ

      Plaintiff(s),

v.

CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI, NAVIA BRITO, LESZEK SEMIK, THE ARCHDIOCESE OF LOS ANGELES RISK MANAGEMENT CORP., AND JOHN DOE 1-2

      Defendant(s).

Case No. 2:22-cv-08227-SVW-(AS)

**[~~PROPOSED~~] ORDER AMENDING THE SCHEDULING ORDER**

**TO ALL PARTIES AND TO COUNSEL OF RECORD:**

Before the Court is a Joint Stipulation Requesting to Amend the Scheduling Order submitted by Plaintiff Zhoie Perez, Defendant Claude Jabsi, Defendants City of Los Angeles, Christopher Walker and Eduardo Rios and Defendants Archdiocese of Los Angeles Risk Management Corporation and Father Leszek Semik (collectively, "the Parties"). Upon consideration of the Joint Stipulation, the Court finds good cause to amend the Scheduling Order as follows:

[PROPOSED] ORDER AMENDING THE SCHEDULING ORDER

90574332.1

| EVENT | OLD DEADLINE (Dkt. 15) | NEW DEADLINE |
|---|---|---|
| Fact Discovery Cutoff | August 14, 2023 | May 14, 2024 |
| Expert Discovery Cutoff | August 14, 2023 | May 14, 2024 |
| Deadline for Filing Discovery Motions | October 16, 2023 | July 16, 2024 |
| Deadline for Filing All Other Motions (including motions for summary judgment) | November 16, 2023 | August 16, 2024 |
| Final Pretrial Conference | N/A | At the Court's convenience |
| Trial | N/A | At the Court's convenience |

**IT IS SO ORDERED.**

Dated: __July 27, 2023_____

_____/ s / Sagar_____
THE HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

2
[PROPOSED] ORDER AMENDING THE SCHEDULING ORDER

90574332.1