**HYDEE FELDSTEIN SOTO,** City Attorney (10686x)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**SCOTT MARCUS**, Chief Assistant City Attorney (SBN 184980)
**CORY M. BRENTE,** Senior Assistant City Attorney (SBN 115453)
**CHRISTINA P. SCHMIDT**, Deputy City Attorney (SBN 198583)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6941; Fax No.:   (213) 978-8785
Email: Christina.Schmidt@lacity.org

Attorneys for Defendants **CITY OF LOS ANGELES**, **CHRISTOPHER WALKER**, and **EDUARDO RIOS**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHOIE PEREZ,<br><br>            Plaintiff,<br><br>       v.<br><br>CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI, NAVIA BRITO, LESZEK SEMIK, THE ARCHDIOCESE OF LOS ANGELES RISK MANAGEMENT CORPORTATION AND JOHN DOE 1-2<br><br>            Defendants. | CASE NO.  CV22-08227-SVW(ASx)<br>*Hon. Stephen V. Wilson, Ctrm 10A, 10th Fl.*<br>*Mag. Alka Sagar, Ctrm 540, 5th Fl.*<br><br>**STIPULATION TO VACATE MOTION TO COMPEL AGAINST DEFENDANTS CITY OF LOS ANGELES** |

TO THE ABOVE-ENTITLED COURT:

   IT IS HEREBY STIPULTAED by and between Plaintiff **ZHOIE PEREZ**, on the one hand; and Defendants **CITY OF LOS ANGELES**, to vacate the motion to compel discovery as the parties have resolved their dispute. (PACER Doc. 69)

///

1

*IT IS SO STIPULATED:*

Dated: AUGUST 2, 2023    Plaintiff in Pro Se

_____
Zhoie Perez

Dated: August 2, 2023    **HYDEE FELDSTEIN SOTO,** City Attorney
**DENISE C. MILLS,** Chief Deputy City Attorney
**SCOTT MARCUS,** Chief Assistant City Attorney
**CORY M. BRENTE,** Senior Assistant City Attorney


By: /s/ *Christina P. Schmidt*
**CHRISTINA P. SCHMIDT,**
Deputy City Attorney

Attorneys for Defendant **CITY OF LOS ANGELES, CHRISTOPHER WALKER, and EDUARDO RIOS**

# PROOF OF SERVICE

I, INGRID FARINO, declare as follows:

At the time of service I was over 18 years of age and not a party to this action. My business address is 200 N. Main Street, 6th Floor, City Hall East, Los Angeles, California 90012, which is in the County, City and State where this mailing occurred.

On August 2, 2023, I served the document(s) described as: **STIPULATION TO VACATE MOTION TO COMPEL AGAINST DEFENDANTS CITY OF LOS ANGELES** on all interested parties in this action:

ZHOIE PEREZ
14926 Templar Drive
La Mirada, CA 90638
Ph: (657) 239-6005
Email: contact.zhoieperez@yahoo.com
PLAINTIFF IN PRO SE

Claude Jabsi
8501 Pershing Drive Unit No. 4
Playa Del Rey, CA 90293
323-630-6303
playaspita@gmail.com

DEFENDANT IN PRO SE

MATHEW R. GROSECLOSE
mgroseclose@polsinelli.com

JOEL GERSON

JGerson@Polsinelli.com
**POLSINELLI LLP**
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
Facsimile: (310) 556-1802
*Attorneys for Defendant,
Archdiocese of Los Angeles Risk
Management Corporation*

I served a true copy of the document(s) above by:

[X]   BY ELECTRONIC SERVICE: I caused the documents to be sent to the persons at the electronic notification addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on August 2, 2023, at Los Angeles, California.

*Ingrid Farino*
INGRID FARINO