1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

9
10
11

| ZHOIE PEREZ, an individual, | CASE NO.  CV22-08227-SVW-ASx |
|---|---|
| Plaintiff, | *Hon. Stephen V. Wilson, Courtroom 10A*<br>*Mag. Judge Alka Sagar* |
| v. | |
| CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CALUDE JABSI; and JOHN DOE 1-5, | **[PROPOSED] ORDER RE STIPULATION TO VACATE MOTION TO COMPEL AGAINST CITY OF LOS ANGELES** |
| Defendants. | |

Pursuant to Rule 37(a)(1) of the Federal Rules of Civil Procedure, and the agreement of the parties, the motion to compel, filed by Plaintiff against **OFFICER RIOS, OFFICER WALKER, and THE CITY OF LOS ANGELES** (Doc. 69) is hereby vacated.

***IT IS SO ORDERED.***

Dated: _____

_____
**HON. ALKA SAGAR**
Judge of the United States District Court

# PROOF OF SERVICE

I, INGRID FARINO, declare as follows:

At the time of service I was over 18 years of age and not a party to this action. My business address is 200 N. Main Street, 6th Floor, City Hall East, Los Angeles, California 90012, which is in the County, City and State where this mailing occurred.

On August 2, 2023, I served the document(s) described as: **[PROPOSED] ORDER RE STIPULATION TO VACATE MOTION TO COMPEL AGAINST CITY OF LOS ANGELES** on all interested parties in this action:

ZHOIE PEREZ
14926 Templar Drive
La Mirada, CA 90638
Ph: (657) 239-6005
Email: contact.zhoieperez@yahoo.com
PLAINTIFF IN PRO SE

Claude Jabsi
8501 Pershing Drive Unit No. 4
Playa Del Rey, CA 90293
323-630-6303
playaspita@gmail.com

DEFENDANT IN PRO SE

MATHEW R. GROSECLOSE
mgroseclose@polsinelli.com

JOEL GERSON

JGerson@Polsinelli.com
**POLSINELLI LLP**
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
Facsimile: (310) 556-1802
*Attorneys for Defendant,
Archdiocese of Los Angeles Risk
Management Corporation*

I served a true copy of the document(s) above by:

[X] BY ELECTRONIC SERVICE: I caused the documents to be sent to the persons at the electronic notification addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on August 2, 2023, at Los Angeles, California.

*Ingrid Farino*
INGRID FARINO