# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHOIE PEREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CALUDE JABSI; and JOHN DOE 1-5,<br><br>Defendants. | CASE NO.  CV22-08227-SVW (AS)<br>*Hon. Stephen V. Wilson, Courtroom 10A*<br>*Mag. Judge Alka Sagar*<br><br>[~~PROPOSED~~] **ORDER RE STIPULATION TO VACATE MOTION TO COMPEL AGAINST CITY OF LOS ANGELES** |

Pursuant to Rule 37(a)(1) of the Federal Rules of Civil Procedure, and the agreement of the parties, the motion to compel, filed by Plaintiff against **OFFICER RIOS, OFFICER WALKER, and THE CITY OF LOS ANGELES** (Doc. 69) is hereby vacated.

*IT IS SO ORDERED.*

Dated:  August 2, 2023  

/ s / Sagar
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

1