AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| ZHOIE PEREZ <br> *Plaintiff* <br> v. <br> CITY OF LOS ANGELES, ET AL, <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 2:22-CV-08227-SVW-AS |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:       LOS ANGELES POLICE DEPARTMENT

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See attached sheet of paper for the items to be produced

| Place: 14926 TEMPLAR DRIVE LA MIRADA CA 90638 | Date and Time: 04/26/2023 3:58 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: APR 27 2023

CLERK OF COURT                                              OR

_____                   _____
   Signature of Clerk or Deputy Clerk                               Attorney's signature
   HENICO SMITH

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **ZHOIE PEREZ**
14926 TEMPLAR DRIVE LA MIRADA CA 90638 (657)239-6005                       , who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

LAPD body worn camera footage is requested from the reports given to the Plaintiff in discovery. The Incident and DR Numbers along with dates and Officers names are listed below for the requested Body Worn Camera Footage requested. Incident number 21103100001430 - DR#2101-19656 – Officer Collado and Officer Lawrence. All Officers that arrived at DR# 210800536 on 01/14/2021 – Incident# PD21011400001030. DR# 210907324 Incident# 210324002945 - Officer Ripkin and Officer Leon. DR# 210909206 and DR# 210909207 - Incident# 2105512001670 – 05/05/2021 Officer Richmond, Officer Hunt, Officer Deleon and Peterson. 09/28/2021 DR# 211515292 – Incident# 210928002421 Officer Sanchez and Officer Winters. DR#222009390 Incident# 220430001411 on 04/30/2022, Officer Lee and Officer Trejo.