AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

ZHOIE PEREZ
_Plaintiff_

v.

CITY OF LOS ANGELES
_Defendant_

Civil Action No. 2:22-cv-08227-SVW-AS

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: CITY OF LOS ANGELES, CHRISTINA SCHMIDT
_(Name of person to whom this subpoena is directed)_

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: SEE ATTACHED LIST

| Place: 200 N. MAIN STREET 6TH FLOOR CITY HALL EAST LOS ANGELES CA 90012 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 8/3/23

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_     OR     _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ _____, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

① BODYCAM VIDEOS from the following LAPD Officers: SGT. PROBST (Badge #4175), Officer Roscher (#43510), Officer Gregoire (#43409) that responded to the incident for this complaint.

② Any Audio or Videos of the interrogation room the Plaintiff was placed in at the Pacific Division Station the day of the incident in this complaint. During the duration of the Plaintiff's stay in such room.

③ All Disciniplary Reports on all Police officers that showed up to the Church on the day of the incident in this complaint.

④ Hospital Records for Plaintiff's trip while in custody the day of the incident in this complaint.

⑤ All records held by the City Attorney for Los Angeles in regards to the lack of prosecution of the Co-Defendants in this complaint.

⑥ The contact information for a witness in this matter. Address and contact phone number for a one Eric Simmel as listed in the Police report for the incident in this complaint.