FILED
2023 AUG -7  AM 10: 54
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

1. ZHOIE PEREZ (Full Name)
2. contat.zhieperez@yahoo.com (Email Address)
3. 14626 TEMPLAR DR (Address Line 1)
4. LA MIRADA CA 90638 (Address Line 2)
5. 657-239-6005 (Phone Number)
6. in Pro Per
   (Indicate Plaintiff or Defendant)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ZHOIE PEREZ,

Plaintiff,

vs.

City of Los Angeles, et al.

Defendant(s).

Case No.: 2:22-CV-08227-SVW-AS

**PROOF OF SERVICE BY MAIL**

I, STEVE RIVERA, declare as follows:
(name of person serving documents)

My address is 10505 EVEREST NORWALK CA 90650 _____, which is located in the county where the mailing described below took place.

Revised: August 2011
Form Prepared by Public Counsel.
© 2011 Public Counsel. All rights reserved.

1

1 On 08/07/2023 , I served the document(s) described as:
　　　　(date of mailing)

2 SUBPOENA TO PRODUCE DOCUMENTS
3 　　　　(list the names of the documents you are mailing)

4
5
6 ✱ DELIVERED TO CHRISTINA SCHMIDT IN PERSON ✱
7
8
9
10
11
12 on all interested parties in this action by placing a true and correct copy thereof in
13 a sealed envelope, with first-class postage prepaid thereon, and deposited said
14 envelope in the United States mail at or in _____,
　　　　　　　　　　　　　　　　　　　　　　　　　　(city and state of mailing)
15 addressed to:
16 CHRISTINA SCHMIDT (name)　　　　　　　　　　(name)
17 _____(address)　　　　　　　　(address)
18 _____(address)　　　　　　　　(address)
19 _____(address)　　　　　　　　(address)
20
21 I declare under penalty of perjury that the foregoing is true and correct.
22
23 Executed on 08/07/2023 at LOS ANGELES CA .
　　　　　　　(date)　　　　　　　　(city and state of signing)
24 　　　　　　　　　　[signature]
　　　　　　　　　　　　(sign)
25 　　　　　　　　　　STEVE RIVERA
26 　　　　　　　　　　(print name)
27
28
4850-9234-4859, v. 3