AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. _____    Case# 2:22-CV-8227-SVW-AS

**PROOF OF SERVICE**
2023 OCT 23 AM 10:26

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

FILED
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___EEE___

I received this subpoena for *(name of individual and title, if any)* ZAOIE PEREZ
on *(date)* 10/23/23.

☒ I served the subpoena by delivering a copy to the named person as follows: LAPD RECORDS CLERK
_____ on *(date)* 10/23/23 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ∅ .

My fees are $ ∅ for travel and $ ∅ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/23/23

_____
Server's signature

ZAOIE PEREZ
Printed name and title

14826 TEMPLAR DR LA MIRADA CA 90638
Server's address

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

RECEIVED
LAPD
OCT 23 2023
LEGAL AFFAIRS DIVISION
DISCOVERY SECTION

# UNITED STATES DISTRICT COURT
for the

ZHOIE PEREZ
_Plaintiff_

v.        Civil Action No. 2:22-cv-8227 SVW-AS

City of Los Angeles, ET AL
_Defendant_

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: LOS ANGELES POLICE DEPARTMENT   200 N. SPRING STREET SUITE 1500 LOS ANGELES CA 90012
_(Name of person to whom this subpoena is directed)_

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: ALL FIELD INVESTIGATION (F.I.) CARDS UN-REDACTED. I NEED TO CONTACT WITNESS TO SCHEDULE DEPOSITIONS.

| Place: 14926 TEMPLAR DRIVE LA MIRADA CA 90638 | Date and Time: NOV. 13, 2023 10:00am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/23/23

_CLERK OF COURT_

_Signature of Clerk or Deputy Clerk_        1256        _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ ZHOIE PEREZ 14926 TEMPLAR DRIVE LA MIRADA CA 90638, who issues or requests this subpoena, are: 657-839-6005

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).