1  ZHOIE PEREZ
   14926 TEMPLAR DRIVE
2  LA MIRADA, CA 90638
   Phone: (657)-239-6005
3  Plaintiff, **In Pro Per**

```
                                    FILED
                         CLERK, U.S. DISTRICT COURT

                              NOV 17 2023

                         CENTRAL DISTRICT OF CALIFORNIA
                         BY                     DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHOIE PEREZ | ) Case No.: **2:22-CV-08227-SVW-AS** |
| Plaintiff(s), | ) DECLARATION OF ZHOIE PEREZ IN SUPPORT OF MOTION FOR AN ORDER TO COMPEL FURTHER RESPONSES TO DEFENDANTS SUBPOENA TO PRODUCE DOCUMENTS AND FOR SANCTIONS (FRCP 37(A)(1), 37(B)(iii), 37) |
| vs. | |
| CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI, JOHN DOE, | |
| Defendant(s). | |
| | **Hon. Stephen V. Wilson** |
| | **Mag. Judge Alka Sagar** |

I, ZHOIE PEREZ, hereby depose and declare as follows:

1. I am over the age of 18.

2. This declaration is based on personal knowledge and is in support of my Motion to Compel.

3. I am the Plaintiff In Pro Per in this matter.

4. If called as a witness I would testify to the following.

5. I filed my complaint against Defendant on November 10, 2022, alleging causes of action for 1) Violation of the RALPH Civil Rights Act; 2) Violation of the BANE Civil Rights Act; 3) False Imprisonment; 4) First Amendment Violation (32 U.S.C. 1983); 5) Illegal Seizure (42 U.S.C. §1983) and; 6) Unlawful Search and Seizure.

6. CITY OF LA filed it's answer on December 5, 2022.

7. The court issued a scheduling order on December 13, 2022. Pursuant to the courts scheduling order, all discovery motions are to be filed and served by October 16, 2023.

- 1 -
MOTION TO COMPEL

8. I caused a subpoena for production of documents to be served upon CITY OF LA. The subpoena requested the production of documents and things as follows: 1) All body worn camera footage from a number of previous incidents (in order for me to prove a bias that LAPD has towards the Plaintiff) and the un-redacted FIELD INVESTIGATION (FI) cards from the day of the incident for the above causes of action.

9. CITY OF LA provided it's responses to the subpoena for production of documents basically denying access to all items.

10. CITY OF LA failed to comply with request in its entirety arguing that the request was "vague, ambiguous, and overbroad even though I gave extremely specific information, such as DR and Incident numbers, dates and timeframes, Officer names and badge numbers, etc…

11. We had only one Meet and Confer session via email and I was left unanswered from my last response. Never receiving a follow up email, phone call or text message.

12. If CITY OF LA is allowed to withhold this body worn footage, it would prejudice me in the matter as I would NOT have an other way of proving the bias and would NOT be able to properly contact and investigate these statements otherwise.

13. I have expended a total of $600.00 in this matter for assistance with the preparation and filing of this motion.

14. I respectfully request that the court grant my motion to compel in it's entirety and award me sanctions against CITY OF LA and its counsel in the amount of $600.00, seeing as this is the third time that I have had to ask the Court and to pay a legal professional to aid me in this effort to obtain the discovery that should have simply been afforded me upon request from the Defense Counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on ___NOV. 17___, 2023. _____

ZHOIE PEREZ, Declarant

- 2 -
MOTION TO COMPEL

## Certificate of Service by U.S. Mail

### FED R CIV P 5(b), (d)

I certify that, before 5:00 p.m. on  NOV. 17 , 2023, I placed a true and correct copy of the attached DECLARATION OF ZHOIE PEREZ' IN SUPPORT OF MOTION FOR AN ORDER TO COMPEL FURTHER RESPONSES TO DEFENDANTS SUBPOENA TO PRODUCE DOCUMENTS AND FOR SANCTIONS (FRCP 37(A)(1), 37(B)(iii), 37) , in the United States mail, in a properly-addressed envelope, with first class postage duly paid and affixed to the envelopes, and with the envelopes addressed to:

1. Hydee Feldstein Soto
   C/O City Attorney's Office
   200 North Main Street 6th Floor, City Hall East
   Los Angeles, CA 90012

   Attorneys for Defendants

I declare under penalty of perjury that all of the statements made in this Certificate of Service are true and correct and that if called to testify as a witness in this matter, I could and would competently testify to each of the facts set forth in the Certificate. This Certificate was executed on  NOV. 17 , 2023 at Los Angeles CA.

Signature _____

- 3 -
MOTION TO COMPEL