**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Zhoie Perez, <br><br> PETITIONER, <br><br> v. <br><br> City of Los Angeles et al <br><br> RESPONDENT. | CASE NUMBER <br><br> CV22-08227-SVW (AS) <br><br><br> **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below were improperly filed for the following reason(s) Plaintiff's Response to the Motion to Dismiss is a response to the Motion to Dismiss in case no. **CV22-7696-SVW(AS)**.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Response to Motion to Dismiss (Docket No. 86) | November 19, 2023 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

November 27, 2023
Date

/ s / Sagar
Honorable Alka Sagar
United States Magistrate Judge

CV-80 (12/95)   **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD**