UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 22-08227-SVW (AS) | Date | November 28, 2023 |
|---|---|---|---|
| Title | *Zhoie Perez v. City of Los Angeles, et.al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| N/A | N/A |

**Proceedings (In Chambers):**  ORDER TO REFILE RESPONSE TO MOTION TO DISMISS UNDER THE CORRECT CASE NUMBER

On November 20, 2023, Plaintiff Zhoie Perez, a California resident proceeding *pro se*, filed a Response to a Motion to Dismiss filed by Defendants City of Los Angeles, Officer Rios, Officer Walker, Claude Jabsi, and John Doe. (Dkt. No. 86). However, Plaintiff filed this Response on the incorrect docket.

**Plaintiff is ORDERED to re-file her Response (Dkt. No. 86) under the correct case number, CV 22-7696-SVW (AS).** Defendants may file an optional reply no later than fourteen days after the filing of Plaintiff's responsive pleading. The Court will take the motion under submission upon the filing of Defendants' Reply or on the day after it is due.

IT IS SO ORDERED.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | AF | | |