**HYDEE FELDSTEIN SOTO,** City Attorney (10686x)
**DENISE C. MILLS,** Chief Deputy City Attorney (SBN 191992)
**SCOTT MARCUS,** Chief Assistant City Attorney –SBN 184980
**CORY M. BRENTE,** Senior Assistant City Attorney – SBN 115453
**CHRISTINA P. SCHMIDT,** Deputy City Attorney – SBN 198583
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6941
Fax No.:    (213) 978-8785
Email: Christina.Schmidt@lacity.org

Attorneys for Defendants **CITY OF LOS ANGELES, CHRISTOPHER WALKER** and **EDUARDO RIOS**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHOIE PEREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI, NAVIA BRITO, LESZEK SEMIK, THE ARCHDIOCESE OF LOS ANGELES RISK MANAGEMENT CORPORTATION AND JOHN DOE 1-2<br><br>Defendants. | CASE NO.  CV22-08227-SVW-ASx<br>*Hon. Stephen V. Wilson, Courtroom 10A*<br>*Mag. Judge Alka Sagar*<br><br>**DEFENDANT CITY OF LOS ANGELES' OBJECTION TO PLAINTIFF'S MOTION FOR AN ORDER TO COMPEL FURTHER RESPONSES TO DEFENDANTS SUBPOENA TO PRODUCE DOCUMENTS AND FOR SANCTIONS** |

**TO THE COURT, PLAINTIFF IN PRO PER AND ALL PARTIES:**

Defendant CITY OF LOS ANGELES, hereby objects to the unilaterally filed Motion to Compel Further Responses and Request for Sanctions ("Motion") (Docket No. 84) on the grounds that Plaintiff has failed to comply with L.R. 37-1, which states:

///

///

1

> **"L.R. 37-1 Prefiling Conference of Counsel.** Before filing any motion relating to discovery under F.Rs.Civ.P. 26-37, counsel for the parties must confer in a good-faith effort to eliminate the necessity for hearing the motion or to eliminate as many of the disputes as possible. It is the responsibility of counsel for the moving party to arrange for this conference. If both counsel are located in the same county, the conference must take place in person at the office of the moving party's counsel unless the parties agree to meet someplace else. If both counsel are not located in the same county, the conference may take place telephonically. Unless relieved by written order of the Court upon good cause shown, counsel for the opposing party must confer with counsel for the moving party within ten days after the moving party serves a letter requesting such conference. The moving party's letter must identify each issue and/or discovery request in dispute, state briefly as to each such issue/request the moving party's position (and provide any legal authority the moving party believes is dispositive of the dispute as to that issue/request), and specify the terms of the discovery order to be sought."

In addition, a filed stipulation is required with the Motion to Compel per Local Civil Rule 37-2.

> **"L.R. 37-2 Moving Papers.** If counsel are unable to settle their differences, they must formulate a written stipulation unless otherwise ordered by the Court. The stipulation must be filed and served with the notice of motion."

Plaintiff failed to meet in good faith or seek a conference with the City of Los Angeles. Furthermore, a stipulation was not filed with the Motion to Compel nor does the declaration address this requirement as required by Local Civil Rule 37-2.4.

///

///

> **"L.R. 37-2.4 Failure to File Joint Stipulation.** The Court will not consider any discovery motion in the absence of a joint stipulation or a declaration from counsel for the moving party establishing that opposing counsel (a) failed to confer in a timely manner under L.R. 37-1; (b) failed to provide the opposing party's portion of the joint stipulation in a timely manner under L.R. 37-2.2; or (c) refused to sign and return the joint stipulation after the opposing party's portion was added. If such declaration accompanies the motion, then L.Rs. 6-1, 7-9 and 7-10 apply."

Further, all discovery matters are assigned to Judge Alka Sagar, whose procedures for discovery motions are set forth on the District Court's website. Judge Sagar's rules provide:

> **"Discovery Motions:**
> - Counsel is advised to review the procedures and standing orders of the assigned District Judge before filing any discovery motion. Strict compliance with Local Civil Rule 37 is required. The Court may take any motion under submission without oral argument. See Local Civil Rule 7-15. Counsel should be mindful that the Magistrate Judge may not alter discovery cut-off deadlines set by the assigned District Judge."

Plaintiff has failed to comply with Local Civil Rule 37.

///
///
///
///
///
///
///

1  If the Court is inclined to hear Plaintiff's Motion to Compel, the Defendant City of
2  Los Angeles would request the Court to allow a three week time to oppose the Motion to
3  Compel, based upon the amount of body worn videos in unrelated matters sought and up
4  to and including the 25 page opposition brief.

Dated: December 1, 2023  **HYDEE FELDSTEIN SOTO,** City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**SCOTT MARCUS**, Chief Assistant City Attorney
**CORY M. BRENTE,** Senior Assistant City Attorney

By:  /s/ *Christina P. Schmidt*
**CHRISTINA P. SCHMIDT,**
Deputy City Attorney

Attorneys for Defendant **CITY OF LOS ANGELES, CHRISTOPHER WALKER, and EDUARDO RIOS**

4

# PROOF OF SERVICE

I, GRACE LEE, declare as follows:

At the time of service I was over 18 years of age and not a party to this action. My business address is 200 N. Main Street, 6th Floor, City Hall East, Los Angeles, California 90012, which is in the County, City and State where this mailing occurred.

On December 1, 2023, I served the foregoing documents described as **DEFENDANT CITY OF LOS ANGELES' OBJECTION TO PLAINTIFF'S MOTION FOR AN ORDER TO COMPEL FURTHER RESPONSES TO DEFENDANTS SUBPOENA TO PRODUCE DOCUMENTS AND FOR SANCTIONS**, on all interested parties in this action as follows:

| | |
|---|---|
| ZHOIE PEREZ<br>14926 Templar Drive<br>La Mirada, CA 90638<br>Ph: (657) 239-6005<br>Email: contact.zhoieperez@yahoo.com<br>PLAINTIFF IN PRO SE | Claude Jabsi<br>8501 Pershing Drive Unit No. 4<br>Playa Del Rey, CA 90293<br>323-630-6303<br><br>DEFENDANT IN PRO SE |

[X] BY MAIL   [ ]   I deposited such envelope in the mail at Los Angeles, California, with first class postage thereon fully prepaid.
           [X]   I am readily familiar with the business practice for collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit; and/ or

[ ] BY ELECTRONIC SERVICE:  Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on December 1, 2023, at Los Angeles, California.

_____
GRACE LEE