**FILED**

2023 NOV 30  PM 3: 11

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY____ EEŁ

1 ZHOIE PEREZ
2 14926 TEMPLAR DRIVE
  LA MIRADA  CA
3 657-239-6005
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10 ZHOIE PEREZ,                          Case No.: **CV22-08227-SVW-(AS)**
11            Plaintiff,
12 v.                                    **NOTICE OF CHANGE OF ADDRESS BY**
                                         **PLAINTIFF IN PRO SE FOR PLAINTIFF**
13
14 CITY OF LOS ANGELES, OFFICER RIOS,
   OFFICER WALKER, CLAUDE JABSI,
15 NAVIA BRITO, LESZEK SEMEK, THE
   ARCHDIOCESE OF LOS ANGELES RISK
16 MANAGEMENT CORPORATION AND
17 JOHN DOE 1-2
              Defendant
18
19      TO THE HONORABLE COURT AND TO THE DEENDANTS AND THEIR
   COUNSEL:
20
21 ///
   ///
22 ///
   ///
23 ///
   ///
24 ///
   ///
25 ///
   ///
26 ///
   ///
27 ///
   ///
28 ///

                    NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that on **December 01, 2023,** Plaintiff in Pro Se has had a change in mailing address to the following location:

Zhoie Perez
5062 Lankershim Blvd.
Unit 39
North Hollywood, CA 91601

The telephone number and email address will remain the same. Please update your records and respective service lists with the new address for all future communications, pleadings, and discovery in the above-entitled action, as follows:

**Zhoie Perez**
**E-mail: contact.zhoieperez@yahoo.com**
**5062 Lankershim Blvd.**
**Unit 39**
**North Hollywood, CA 91601**
**Telephone: (657) 239-6005**

Dated: November 30, 2023            Respectfully submitted,
                                    Zhoie Perez, Pro Se


By _____
    Zhoie Perez
    Pro Se Litigant

NOTICE OF CHANGE OF ADDRESS

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, ZHOIE PEREZ, am over the age of 18 years. On November 30, 2023, I served the NOTICE OF CHANGE OF ADDRESS BY PLAINTIFF on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows: Zhoie Perez 14926 Templar Drive La Mirada, CA 90638 Telephone No.: (657) 239-6005 Plaintiff Pro. BY MAIL: Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 30, 2023, in Los Angeles, California.

ZHOIE PEREZ

Declarant

NOTICE OF CHANGE OF ADDRESS