UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 22-08227-SVW-ASx | Date | December 4, 2023 |
|---|---|---|---|
| Title | *Zhoie Perez v. City of Los Angeles, et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorney Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings (In Chambers):**     **ORDER TO MEET AND CONFER ON MOTION TO COMPEL (DKT. NO. 84)**

On November 17, 2023, Plaintiff filed a Motion to Compel Further Responses and For Sanctions ("Motion") (Dkt. No. 84). On December 1, 2023, Defendants filed an Objection to the Motion on the grounds that Plaintiff failed to comply with Local Rule 37-1, which necessitates parties meeting and conferring in a good-faith effort to eliminate the need for hearing the motion. (Dkt. No. 89). The Court agrees with Defendants that L.R. 37-1 must be complied with prior to filing such a motion, and strikes Plaintiff's Motion.

**Parties are ORDERED to meet and confer by December 18, 2023.** At that time, if Plaintiff believes she still requires further responses from Defendants, she can re-file an amended motion to compel.

IT IS SO ORDERED.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | AF | | |