**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHOIE PEREZ,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES, et, al.,<br><br>　　　　　　　Defendants. | Case No. CV 22-8227-SVW (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMNEDATIONS OF**<br><br>**UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge, to which no objections were filed. The Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

　　**IT IS ORDERED** that the motion to dismiss filed by Defendants Leszek Semik and the Archdiocese of Los Angeles Risk Management Corporation is GRANTED IN PART: the motion to dismiss Claim Four is GRANTED WITH LEAVE TO AMEND, and the motion to dismiss Claims One through Three is DENIED.

Plaintiff may file a Second Amended Complaint that cures the pleading defects set forth in the Report and Recommendation of United States Magistrate Judge no later than thirty (30) days from the date of this Order. Plaintiff is cautioned that any Amended Complaint must be complete in itself without reference to any prior complaint or any other document, and may not add any new claims or new defendants without prior leave of the Court.

If Plaintiff does not file a Second Amended Complaint within thirty (30) days of the date of this Order, Defendants Leszek Semik and the Archdiocese of Los Angeles Risk Management Corporation are **ORDERED** to file an Answer to Claims One through Three of the First Amended Complaint no later than fourteen (14) days days from the expiration of Plaintiff's time to file a Second Amended Complaint (i.e., forty-four (44) days from the date of this Order).

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff and counsel for Defendants.

DATED: December 5, 2023

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

2