1  MATHEW R. GROSECLOSE (SBN 264680)
   mgroseclose@polsinelli.com
2  **POLSINELLI LLP**
   2049 Century Park East, Suite 2900
3  Los Angeles, CA 90067
   Telephone:   (310) 556-1801
4  Facsimile:    (310) 556-1802

5  *Attorneys for Defendants,*
   *Archdiocese of Los Angeles Risk Management Corporation and Father Leszek Semik*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHOIE PEREZ<br><br>  Plaintiff(s),<br><br>v.<br><br>CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI, NAVIA BRITO, LESZEK SEMIK, THE ARCHDIOCESE OF LOS ANGELES RISK MANAGEMENT CORP., AND JOHN DOE 1-2<br><br>  Defendant(s). | Case No. 2:22-cv-08227-SVW-(AS)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS ARCHDIOCESE OF LOS ANGELES RISK MANAGEMENT CORPORATION AND FATHER LESZEK SEMIK'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT OF PLAINTIFF ZHOIE PEREZ**<br><br>*[Filed Concurrently with Notice and Motion]*<br><br>Hearing Date: February 26, 2024<br>Hearing Time: 1:30 p.m.<br>Department: Courtroom 10A, 10th Floor<br>Judge: Honorable Stephen V. Wilson |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant Archdiocese of Los Angeles Risk Management Corporation ("Archdiocese") and Defendant Father Leszek Semik's ("Father") Motion to Dismiss the First Amended Complaint of Plaintiff Zhoie Perez ("Plaintiff") came on regularly for hearing on February 26, 2024 at 1:30 p.m. before the Honorable Stephen V. Wilson in the

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

92852548.1

United States District Court for the Central District of California. Appearances, if any, were noted on the record.

The Court, having read and considered all papers filed in support of the Motion, including all admissible evidence filed in support of the Motion, having read and considered all papers filed in opposition to the Motion, if any, including all admissible evidence filed in opposition to the Motion, having heard and considered the argument and contentions of counsel, determines that:

The Motion to Dismiss Plaintiff's First Amended Complaint is **GRANTED** as to the Archdiocese and Father, without leave to amend.

Pursuant to Federal Rule of Civil Procedure 12(b)(6), the First Amended Complaint is dismissed with prejudice as to the Archdiocese and Father Leszek Semik.

**IT IS SO ORDERED**.

Dated: _____

_____
Honorable Stephen V. Wilson

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

92852548.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2024, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmitted a copy by Electronic Mail to the following:

Zhoie Perez
5062 Lankershim Blvd., Unit 39
North Hollywood, CA 91601
Phone: (657) 239-6005
*Defendant, In Pro SE*
Email: contact.zhoieperez@yahoo.com

Claude Jabsi
8501 Pershing Drive, Unit No. 4
Playa Del Rey, CA 90293
Phone: (323) 630-6303
*Defendant, In Pro SE*
Email: playaspita@gmail.com

Christina P. Schmidt
Emily S. Cohen, Deputy City Attorney
Hydee Feldstein Soto, City Attorney
Scott Marcus, Chief Assistant City Attorney
Cory M. Brente, Senior Assistant City Attorney
200 North Main Street
6th Floor, City Hall East
Los Angeles, CA 90012
Phone: (213) 978-6941; Fax: (213) 978-8785
*Defendant, City of Los Angeles, Christopher Walker and Eduardo Rios*
Email: christina.schmidt@lacity.org
         emily.s.cohen@lacity.org
Ingrid P. Farino: ingrid.farino@lacity.org


By:  */s/Cassini Quarles*
         Cassini Quarles

3
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

92852548.1