# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Zhoie Perez,

PLAINTIFF(S)

v.

City of Los Angeles, et al.

DEFENDANT(S).

CASE NUMBER:

CV23-08227-SVW(AS)

**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENT**

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| January 17, 2024 | 94 | Motion to Dismiss First Amended Complaint |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

- The hearing on the motion set for February 26, 2024 at 1:30 p.m. before District Judge Stephen V. Wilson is hereby VACATED.

- Magistrate Judge Sagar will set a new hearing date if she determines an oral argument would be helpful.

Dated: January 18, 2024

By: / s / Sagar
Honorable Alka Sagar
United States Magistrate Judge