UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 22-08227-SVW (AS) | Date | January 19, 2024 |
|---|---|---|---|
| Title | Zhoie Perez v. City of Los Angeles, et al. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**     **ORDER REQUIRING RESPONSE TO MOTION TO DISMISS (Dkt. No. 94)**

On January 17, 2024, Defendants Leszek Semik and The Archdiocese of Los Angeles Risk Management Corporation, ("Defendants"), filed a motion to dismiss the First Amended Complaint. (Dkt. No. 94).[1] **Plaintiff is ORDERED to file a Response to the motion to dismiss no later than February 20, 2024.** Defendants may file an optional reply no later than fourteen days after the filing of Plaintiff's responsive pleading. The Court will take the motion under submission upon the filing of Defendants' Replies or on the day after it is due.

Plaintiff is warned that her failure to timely file an Opposition or statement of no opposition may be deemed as consent to the granting of the motion. See Local Rule 7-12.

**IT IS SO ORDERED.**

cc:     Stephen V. Wilson
United States District Judge

                        0 : 00
Initials of Preparer    AF

---

[1] Although the Defendants have also each filed an Answer to the First Amended Complaint, see Dkt. Nos. 97-98, the filing of an Answer after a motion to dismiss does not moot the motion to dismiss. Brunig v. Clark, 56 F.3d 292, 294 (5th Cir. 2009); see also Street Spirit IP LLC v. eHarmony, Inc.,2023 WL 6620369, *2 (C.D. Cal. 2023) ("The filing of an answer, however, does not moot a motion under Rule 12(b), as a defendant need not 'wait to answer until the court had ruled on the motion.'" (quoting Brunig, 560 F.3d at 294)).