ZHOIE PEREZ
14926 TEMPLAR DRIVE
LA MIRADA, CA 90638
Phone: (657)-239-6005
Plaintiff, **In Pro Per**

FILED
CLERK, U.S. DISTRICT COURT
FEB - 2 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHOIE PEREZ<br><br>Plaintiff(s),<br><br>vs.<br><br>CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI, NAVIA BRITO, LESZEK SEMIK, THE ARCHDIOCESE OF LOS ANGELES RISK MANAGEMENT CORP., AND JOHN DOE 1-2<br><br>Defendant(s). | Case No.: **2:22-CV-08227-SVW-AS**<br><br>PLAINTIFF'S RESPONSE TO ARCHDIOCESE OF LOS ANGELES RISK MANAGEMENT CORPORATION AND FATHER LESZEK SEMIK'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MATHEW R. GROSECLOSE<br><br>**Hon. Stephen V. Wilson**<br>**Mag. Judge Alka Sagar** |

These Defendants are trying to escape JUSTICE with this Motion. It is all on LAPD Body Worn video that these Defendants conspired and lied in order to violate the Plaintiff's rights. No amount of legal jargon or legal trickery takes away from this fact. I was arrested and had my freedoms and Constitutional rights stripped from me because these Plaintiffs through their own actions violated the Plaintiff's rights through lies, conspiring and deception and should be held to account for this. They should be held to account for what they did and if they are so confident in the "fact" that they committed no wrongdoing they should be afforded the opportunity to show a jury and validate their "innocence". If the Court deems that this case should be moved to a State Court then so be it, but I would think this is the appropriate venue to face justice with their co-Defendants.

- 1 -
MOTION TO COMPEL

1  This is NOT a case of He said She said. The claims that are made are fully
2  backed up via LAPD body camera footage. The claims in this Complaint are factual
3  and backed by LAPD's own video footage. Defense counsel states "Factual
4  allegations must be enough to raise a right to relief above the speculative level."
5  Again, these claims are not speculation but rather fact based on video/audio provided
6  by LAPD body camera footage. The Defendants had stated that the Plaintiff had
7  "Mental Issues" simply because she is Transgender, this goes to violating the Ralph
8  and Unruh Civil Rights Acts. The Church has a long history of being discriminating
9  against members of the LGBTQ community as well and is well documented.

11  False Imprisonment by these Defendants was achieved when by their false
12  allegations the Plaintiff was arrested and held in custody for more than 8 hours.
13  Again, this is a fact and proven by LAPD body camera footage.

15  The Bane act violation was achieved by the Defendants when the lied,
16  conspired and sought to falsely imprison the Plaintiff. These Defendants threatened to
17  call the police to remove the Plaintiff and did exactly that. The Defendants
18  successfully carried out their threats of intimidation.

20  Defendants claim that their knowingly false accusations are factually devoid,
21  when they were captured on LAPD Officers body worn video footage. Theses
22  statements made by these Defendants are factual and made to law enforcement
23  resulting in the false arrest of the Plaintiff, thus violating her civil liberties. These
24  statements were made to deprive the Plaintiff of her freedoms and these Defendants
25  should be made to defend their fraudulent, malicious and harmful actions to a jury of
26  their peers.

1  In conclusion, the claims made by the Plaintiff have been confirmed to be
2  factual now, through discovery from Los Angeles Police Department body camera
3  footage. Defense can claim that these claims are not factual, but now the video puts a
4  new light on these claims. Defendants absolutely confined the Plaintiff and violated
5  the other claims from the Plaintiff via their lies and knowingly false accusations that
6  resulted in the arrest of the Plaintiff. I believe it would be a miscarriage of Justice to
7  allow these Defendants to skirt the opportunity to argue their "innocence" to a jury.

DATED: January 31, 2024

ZHOIE PEREZ
PRO PER
LITIGANT 

- 3 -
MOTION TO COMPEL