ZHOIE PEREZ (Full Name)
14926 TEMPLAR DR (Address Line 1)
LA MIRADA CA 90638 (Address Line 2)
657-239-4005 (Phone Number)
PLAINTIFF in Pro Per
(indicate Plaintiff or Defendant)

FILED
CLERK, U.S. DISTRICT COURT
FEB - 2 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ZHOIE PEREZ,

　　Plaintiff,

vs.

City of Los Angeles, ET AL

　　Defendant(s).

Case No.: 2:22-CV-08227-SVW-AS

**PROOF OF SERVICE BY MAIL**

I, ZHOIE PEREZ, declare as follows:
(name of person serving documents)

My address is 14926 TEMPLAR DR LA MIRADA CA 90638 _____, which is located in the county where the mailing described below took place.

On 2/01/24 (date of mailing), I served the document(s) described as:

RESPONSE TO DEFENDANTS MOTION TO DISMISS
(list the names of the documents you are mailing)

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in Los Angeles CA (city and state of mailing),

addressed to:

Christina Schmidt (name)
300 N. Main St. (address)
6th floor (address)
Los Angeles CA 90012 (address)

_____ (name)
_____ (address)
_____ (address)
_____ (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/1/24 (date) at Los Angeles CA (city and state of signing).

(Sign)
JOSIE PEREZ
(print name)

Pro Se Clinic Form

2
Proof of Service