1  ZHOIE PEREZ _____ (Full Name)
2  14826 TEMPLAR DR _____ (Address Line 1)
3  LAMIRADA CA 90638 _____ (Address Line 2)
4  657-239-6005 _____ (Phone Number)
5  Plaintiff _____ in Pro Per
6  (indicate Plaintiff or Defendant)

FILED
CLERK, U.S. DISTRICT COURT
FEB - 2 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ZHOIE PEREZ,
    Plaintiff,
vs.
City of Los Angeles, ET AL
    Defendant(s).

Case No.: 2:22-CV-08227-SVW-AS

**PROOF OF SERVICE BY MAIL**

I, ZHOIE PEREZ, declare as follows:
(name of person serving documents)

My address is 14826 TEMPLAR DR LAMIRADA CA 90638 _____, which is located in the county where the mailing described below took place.

On 2/1/24 (date of mailing), I served the document(s) described as:

Response to Defendants Motion to Dismiss
(list the names of the documents you are mailing)

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in Los Angeles, CA (city and state of mailing), addressed to:

Joel Gerson (name)
2049 Century Park East (address)
Suite 2900 (address)
Los Angeles CA 90067 (address)

_____ (name)
_____ (address)
_____ (address)
_____ (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/1/24 (date) at Los Angeles CA (city and state of signing).

(sign) [signature]

ZHOIE PEREZ (print name)