1  MATHEW R. GROSECLOSE (SBN 264680)
   mgroseclose@polsinelli.com
2  **POLSINELLI LLP**
   2049 Century Park East, Suite 2900
3  Los Angeles, CA 90067
   Telephone:  (310) 556-1801
4  Facsimile:   (310) 556-1802

5  *Attorneys for Defendants,*
   *Archdiocese of Los Angeles Risk Management Corporation and Father Leszek Semik*

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHOIE PEREZ<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI, NAVIA BRITO, LESZEK SEMIK, THE ARCHDIOCESE OF LOS ANGELES RISK MANAGEMENT CORP., AND JOHN DOE 1-2<br><br>Defendant(s). | Case No. 2:22-cv-08227-SVW-(AS)<br><br>**REPLY TO PLAINTIFF'S "RESPONSE" TO THE ARCHDIOCESE OF LOS ANGELES RISK MANAGEMENT CORPORATION AND FATHER LESZEK SEMIK'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Hearing Date:  TBD, per Docket No. 96<br>Hearing Time: TBD, per Docket No. 96 |

**TO THE HONORABLE MAGISTRATE JUDGE ALKA SAGAR, THE HONORABLE STEPHEN WILSON OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

Defendant Archdiocese of Los Angeles Risk Management Corporation ("Archdiocese") and Defendant Father Leszek Semik ("Father") hereby submit this brief Reply to plaintiff's "Response" to their Motion to Dismiss plaintiff's First Amended Complaint ("Complaint").

The legal failings of the Complaint and plaintiff's "Response" warrant an Order granting this Motion. The Archdiocese and Father urge the Court to remain mindful of the utter absence of factual allegations that demonstrate any viable cause of action—even under state law—against these defendants. Pursuant to well-established pleading standards (*Ashcroft v. Iqbal*, 556 U.S. 662, 677-678 (2009)), plaintiff's inability to sufficiently plead each of the requisite elements of the three (3) remaining state law claims against the Archdiocese and Father, warrant that the Court grant the Motion, without leave to amend.

Finally, these Defendants also request that the Court not take lightly plaintiff's statement that "[t]he Church has a long history of being discriminating against members of the LGBTQ community as well and is well documented." (Plaintiff's Response, p. 2:8-9). Such a statement has no relevance in this case and is likely only a preview of what may unfold if the matter proceeds against the Archdiocese and Father. As such, these Defendants encourage the Court to evaluate whether plaintiff has demonstrated that the Archdiocese and Father should remain as defendants.

DATED: February 5, 2024

**POLSINELLI LLP**

By: */s/ Mathew R. Groseclose*
 Mathew R. Groseclose, Esq.
*Attorneys for Defendant, Archdiocese of Los Angeles Risk Management Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2024, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmitted a copy by Electronic Mail to the following:

Zhoie Perez
5062 Lankershim Blvd., Unit 39
North Hollywood, CA 91601
Phone: (657) 239-6005
*Defendant, In Pro SE*
Email: contact.zhoieperez@yahoo.com

Claude Jabsi
8501 Pershing Drive, Unit No. 4
Playa Del Rey, CA 90293
Phone: (323) 630-6303
*Defendant, In Pro SE*
Email: playaspita@gmail.com

Christina P. Schmidt
Emily S. Cohen, Deputy City Attorney
Hydee Feldstein Soto, City Attorney
Scott Marcus, Chief Assistant City Attorney
Cory M. Brente, Senior Assistant City Attorney
200 North Main Street
6th Floor, City Hall East
Los Angeles, CA 90012
Phone: (213) 978-6941; Fax: (213) 978-8785
*Defendant, City of Los Angeles, Christopher Walker and Eduardo Rios*
Email: christina.schmidt@lacity.org
       emily.s.cohen@lacity.org
Ingrid P. Farino: ingrid.farino@lacity.org


By:  */s/Cassini Quarles*
       Cassini Quarles

---

REPLY TO PLAINTIFF'S "RESPONSE" TO MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

93315980.1