UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 22-08227-SVW (AS) | Date | August 1, 2024 |
|---|---|---|---|
| Title | *Zhoie Perez v. City of Los Angeles, et.. al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**     **ORDER VACATING SCHEDULING ORDER**

On July 27, 2024, the Court issued an Order Amending the Scheduling Order in this case which, *inter alia*, sets August 16, 2024 as the deadline for filing all non-discovery motions, including motions for summary judgment. (Dkt. No. 76). On June 17, 2024, the Court forwarded the Report and Recommendation issued on May 14, 2024 (Dkt. No. 108) to District Judge Wilson for review. Given the pending deadline for filing dispositive motions, and this Court's recommendation regarding Defendants' motion to dismiss, the Court VACATES the Scheduling Order in this case. The parties are directed to meet and confer regarding an amended scheduling order and submit a proposed order for the Court's review no later than ten (10) days after District Judge Wilson issues an Order regarding the Report and Recommendation.

**IT IS SO ORDERED.**

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | AF | |