**[RELATED TO DOCKET NO. 109]**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHOIE PEREZ<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI, NAVIA BRITO, LESZEK SEMIK, THE ARCHDIOCESE OF LOS ANGELES RISK MANAGEMENT CORP., AND JOHN DOE 1-2<br><br>　　　　Defendant(s). | Case No. 2:22-cv-08227-SVW (AS)<br><br>[~~PROPOSED~~] **ORDER RE AMENDED SCHEDULING ORDER** |

**TO ALL PARTIES AND TO COUNSEL OF RECORD:**

The Court finds good cause to issue an Amended Scheduling Order as follows:

///

///

///

///

///

///

96764748.1

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cutoff | **November 14, 2024** |
| Expert Discovery Cutoff | **December 19, 2024** |
| Deadline for Filing Discovery Motions | **January 16, 2025** |
| Deadline for Filing All Other Motions (including motions for summary judgment) | **April 16, 2025** |
| Final Pretrial Conference | **June 4, 2025** |
| Trial | **June 25, 2025** |

**IT IS SO ORDERED.**

Dated: August 22, 2024

                                     */ s / Sagar*
                                     THE HONORABLE ALKA SAGAR
                                     UNITED STATES MAGISTRATE JUDGE

96764748.1