MATHEW R. GROSECLOSE (SBN 264680)
mgroseclose@polsinelli.com
**POLSINELLI LLP**
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:   (310) 556-1801
Facsimile:   (310) 556-1802

*Attorneys for Defendants,*
*Archdiocese of Los Angeles Risk Management Corporation and Father Leszek Semik*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHOIE PEREZ<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI, NAVIA BRITO, LESZEK SEMIK, THE ARCHDIOCESE OF LOS ANGELES RISK MANAGEMENT CORP., AND JOHN DOE 1-2<br><br>Defendant(s). | Case No. 2:22-cv-08227-SVW-(AS)<br><br>**NOTICE OF LODGING AND [PROPOSED] JUDGMENT FOR DEFENDANTS ARCHDIOCESE OF LOS ANGELES RISK MANAGEMENT CORPORATION AND FATHER LESZEK SEMIK**<br><br>Department: Courtroom 10A, 10th Floor<br>Judge: Honorable Stephen V. Wilson |

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

**PLEASE TAKE NOTICE** that Defendants Archdiocese of Los Angeles Risk Management Corporation and Father Leszek Semik ("Defendants") hereby lodge the attached [Proposed] Judgement for Defendants and against Plaintiff.

DATED:  September 12, 2024

**POLSINELLI LLP**

By:   */s/ Mathew R. Groseclose*
        Mathew R. Groseclose, Esq.
*Attorneys for Defendants, Archdiocese of Los Angeles Risk Management Corporation and Father Leszek Semik*

---

NOTICE OF LODGING AND [PROPOSED] JUDGMENT

98598258.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On August 12, 2014, the Honorable Stephen V. Wilson issued an Order granting the Second Motion to Dismiss filed by Defendants Archdiocese of Los Angeles Risk Management Corporation and Father Leszek Semik [Docket No. 110]. That Order stated that if Plaintiff did not file a Second Amended Complaint within thirty (30) days of the Order, the claims against Defendants Archdiocese of Los Angeles Risk Management Corporation and Father Leszek Semik would be dismissed, with prejudice, and Judgement entered dismissing the case. [Docket No. 110]. Plaintiff failed to file a Second Amended Complaint.

Judgment is therefore entered in favor of Defendants Archdiocese of Los Angeles Risk Management Corporation and Father Leszek Semik, and against Plaintiff.

**IT IS SO ORDERED**.

Dated: _____

_____
Honorable Stephen V. Wilson

# CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2024, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmitted a copy by Electronic Mail to the following:

Zhoie Perez
5062 Lankershim Blvd., Unit 39
North Hollywood, CA 91601
Phone: (657) 239-6005
*Defendant, In Pro SE*
Email: contact.zhoieperez@yahoo.com

Claude Jabsi
8501 Pershing Drive, Unit No. 4
Playa Del Rey, CA 90293
Phone: (323) 630-6303
*Defendant, In Pro SE*
Email: playaspita@gmail.com

Christina P. Schmidt
Emily S. Cohen, Deputy City Attorney
Hydee Feldstein Soto, City Attorney
Scott Marcus, Chief Assistant City Attorney
Cory M. Brente, Senior Assistant City Attorney
200 North Main Street
6th Floor, City Hall East
Los Angeles, CA 90012
Phone: (213) 978-6941; Fax: (213) 978-8785
*Defendant, City of Los Angeles, Christopher Walker and Eduardo Rios*
Email: christina.schmidt@lacity.org
emily.s.cohen@lacity.org
Ingrid P. Farino: ingrid.farino@lacity.org

By: ___/s/Cassini Quarles___
      Cassini Quarles

3
NOTICE OF LODGING AND [PROPOSED] JUDGMENT

98598258.1