Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
(310) 556-1801

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ZHOIE PEREZ

        Plaintiff(s),

v.

CITY OF LOS ANGELES, OFFICER RIOS, OFFICER WALKER, CLAUDE JABSI, NAVIA BRITO, LESZEK SEMIK, THE ARCHDIOCESE OF LOS ANGELES RISK MANAGEMENT CORP., AND JOHN DOE 1-2

        Defendant(s).

Case No. 2:22-cv-08227-SVW-(AS)

**JUDGMENT FOR DEFENDANTS ARCHDIOCESE OF LOS ANGELES RISK MANAGEMENT CORPORATION AND FATHER LESZEK SEMIK**

Department: Courtroom 10A, 10th Floor
Judge: Honorable Stephen V. Wilson

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On August 12, 2014, the Honorable Stephen V. Wilson issued an Order granting the Second Motion to Dismiss filed by Defendants Archdiocese of Los Angeles Risk Management Corporation and Father Leszek Semik [Docket No. 110].  That Order stated that if Plaintiff did not file a Second Amended Complaint within thirty (30) days of the Order, the claims against Defendants Archdiocese of Los Angeles Risk Management Corporation and Father Leszek Semik would be dismissed, with prejudice, and Judgement entered dismissing the case. [Docket No. 110].  Plaintiff failed to file a Second Amended Complaint.

---

JUDGMENT

1       Judgment is therefore entered in favor of Defendants Archdiocese of Los Angeles

2   Risk Management Corporation and Father Leszek Semik, and against Plaintiff.

3

4

5       **IT IS SO ORDERED**.

6

7   Dated: _October 3, 2024_____

8                                  Honorable Stephen V. Wilson

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JUDGMENT